PAULA T. DOW
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
PO Box 116
Trenton, New Jersey  08625
Attorney for Defendants
State of New Jersey and New Jersey
Department of Children and Families,
Division of Youth and Family Services,
Christine Mozes, Kimberly Ricketts,
Debra Boehme and Barbara Parnes

By:  Karen L. Jordan
     Deputy Attorney General
     (609) 984-2924

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF TRENTON

| | |
|---|---|
| Renee Blackwell, | : HON. GARRETT E. BROWN, U.S.D.J. |
| Plaintiff, | : |
| | : Civil No. 3:09-CV-03004-GEB-DEA |
| vs. | : |
| State of New Jersey | : |
| And | : **CONSENT ORDER OF DISMISSAL OF CERTAIN CLAIMS AGAINST THE STATE OF NEW JERSEY, DCF, DYFS, RICKETTS, PARNES AND BOEHME** |
| New Jersey Department of Children and Families, Division of Youth and Family Services | : |
| And | : |
| Christine Mozes, individually and in her official capacity as Director of Division of Youth and Family Services | : |
| And | : |

RECEIVED
MAR 11 2010
AT 8:30
WILLIAM T. WALSH
CLERK

| | |
|---|---|
| Kimberly Rickett, individually and in her official capacity as Commissioner of New Jersey Department of Children and Families | : : : : : : : |
| And | : : |
| Dolores Helb, individually and in her official capacity as employee of New Jersey Department of Children and Families | : : : : : : : |
| And | : : |
| Debra Boehme, individually and in her official capacity as employee of New Jersey Department of Children and Families | : : : : : : : |
| And | : : |
| Barbara Parnes, individually and in her official capacity as employee of New Jersey Department of Children and Families | : : : : : : : |
| Defendants. | : |

It is hereby stipulated and agreed that plaintiff Renee Blackwell dismisses with prejudice the following claims.

1. All claims against the State of New Jersey, Department of Children and Families, Division of Youth and Family Services by reason of (1) the Eleventh Amendment and this Court's lack of jurisdiction over the State; and (2) they are not "persons" subject to damage claims under 42 U.S.C. Section 1983.

2. All claims against Kimberly Ricketts, Commissioner of the Department of Children and Families and Christine Mozes, Director of the Division of Youth and Family Services alleged in Counts I and II asserted against them in their official capacity (claims against them in their individual capacity are not dismissed).

3. All claims against the State of New Jersey, Department of Children and Families, Division of Youth and Family Services, Kimberly Ricketts, Christine Mozes, Debra Boehme and Barbara Parnes alleged in Counts III and V, as they are barred because there was no notice of claim.

WEISBERG LAW, PC
t/a CONSUMER JUSTICE ALLIANCE
Attorneys for Renee Blackwell

/s/Matthew B. Weisberg    Dated: 3/2/2010
Matthew B. Weisberg, Esq.

ANNE MILGRAM
ATTORNEY GENERAL OF NEW JERSEY
Attorney for State of NJ, DCF, DYFS, Ricketts, Boehme and Parnes

/s/ Karen L. Jordan    Dated: 3/2/2010
Karen L. Jordan
Deputy Attorney General

SO ORDERED,

_____ USDJ
GARRETT E BROWN, JR
~~Douglas E. Arpert, U.S.M.J.~~