UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

RENEE BLACKWELL,

      Plaintiff,

v.

DOLORES HELB, DEBRA BOEHME,
BARBARA PARNES, et al.

      Defendants.

: Civil Action No. 09-3004 (GEB)
:
:
:
:
:
:
: DECLARATION OF KAREN L. JORDAN
: IN SUPPORT OF DEFENDANTS'
: MOTION FOR SUMMARY JUDGMENT
: UNDER FED R. CIV P. 56(c)

---

1. I am a Deputy Attorney General, counsel for Defendants Debra Boehme and Barbara Parnes.

2. I make this Declaration in support of Defendants' Motion for Summary Judgment under Fed. R. Civ. P. 56(c).

3. Attached to this Declaration as Exhibit A is a copy of the March 11, 2010 Deposition of Renee Blackwell.

4. Attached to this Declaration as Exhibit B is a copy of Plaintiff's First Amended Complaint.

5. Attached to this Declaration as Exhibit C is a copy of Defendants' Initial Disclosures.

6. Attached to this Declaration as Exhibit D is a copy of the April 26, 2010 Deposition of Dolores Helb.

7. Attached to this Declaration as Exhibit E is a copy of the April 30, 2010 Deposition of Barbara Parnes.

8. Attached to this Declaration as Exhibit F is a copy of the April 30, 2010 Deposition of Debra Boehme.

9. Attached to this Declaration as Exhibit G is a copy of the March 11, 2010 Deposition of Jenine Blackwell.

The foregoing statements made by me are true to the best of my knowledge and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/s/ Karen L. Jordan
Karen L. Jordan

Date: July 9, 2010