# EXHIBIT C



JON S. CORZINE
*Governor*

**State of New Jersey**
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO Box 116
TRENTON, NJ 08625-0116

ANNE MILGRAM
*Attorney General*

TAYSEN VAN ITALLIE
*Director*

January 6, 2010

Matthew B. Weisberg, Esq.
Consumer Justice Alliance
7 S. Morton Avenue
Morton, PA 19070

        Re:  Blackwell v. State, et al.
             Civil Action No. 09-3004 (GSB)

Dear Mr. Weisberg:

    Enclosed are the Initial Disclosures of defendants the State
of New Jersey, DCF, DYFS, Commissioner Ricketts, Director Mozes,
Parnes and Boehme.

                        Sincerely yours,

                        ANNE MILGRAM
                        ATTORNEY GENERAL OF NEW JERSEY

                    By: _____
                         Karen L. Jordan
                         Deputy Attorney General

c: Michael S. Mikulski, III



HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 984-2924 • FAX: (609) 633-8702
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

ANNE MILGRAM
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
PO Box 116
Trenton, New Jersey  08625
 Attorney for Defendants
 State of New Jersey and New Jersey
 Department of Children and Families,
 Division of Youth and Family Services,
 Christine Mozes, Kimberly Ricketts,
 Debra Boehme and Barbara Parnes

By:  Karen L. Jordan
     Deputy Attorney General
     (609) 984-2924

                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW JERSEY
                       VICINAGE OF TRENTON

| | |
|---|---|
| Renee Blackwell, | : HON. GARRETT E. BROWN, U.S.D.J. |
| | : |
| Plaintiff, | : |
| | : Civil No. 3:09-CV-03004-GEB-DEA |
| vs. | : |
| | : |
| State of New Jersey | : |
| | : **INITIAL DISCLOSURES OF** |
| And | : **DEFENDANTS STATE OF NEW JERSEY,** |
| | : **DCF, DYFS, RICKETTS, MOZES,** |
| New Jersey Department of | : **PARNES AND BOEHME** |
| Children and Families, | : |
| Division of Youth and Family | : |
| Services | : |
| | : |
| And | : |
| | : |
| Christine Mozes, | : |
| individually and in her | : |
| official capacity as | : |
| Director of Division of | : |
| Youth and Family Services | : |
| | : |
| And | : |
| | : |

Kimberly Rickett,                    :
individually and in her              :
official capacity as                 :
Commissioner of New Jersey           :
Department of Children and           :
Families                             :
                                     :
And                                  :
                                     :
Dolores Helb, individually           :
and in her official capacity         :
as employee of New Jersey            :
Department of Children and           :
Families                             :
                                     :
And                                  :
                                     :
Debra Boehme, individually           :
and in her official capacity         :
as employee of New Jersey            :
Department of Children and           :
Families                             :
                                     :
And                                  :
                                     :
Barbara Parnes, individually         :
and in her official capacity         :
as employee of New Jersey            :
Department of Children and           :
Families                             :
                                     :
       Defendants.                   :

In compliance with <u>Fed. R. Civ. P.</u> 26, Defendants the State of
New Jersey, Department of Children and Families, Division of Youth
and Family Services, Kimberly Ricketts, Christine Mozes, Debra
Boehme and Barbara Parnes make the following Initial Disclosures.
1. The names and addresses of parties likely to have discoverable
information are plaintiff Renee Blackwell, defendants Debra Boehme,
Barbara Parnes and Dolores Helb, each of whom can should be

contacted through counsel. Jenine Blackwell and Denine Howell are also likely to have discoverable information concerning the information provided to and by the Adoption Registry and contacts between Ms. Howell and members of the Blackwell family.

2. Documents in the control or possession of these defendants are the file of the Adoption Registry concerning Ms. Howell's request to locate her biological family and a statement that Ms. Howell gave to State investigators after she learned of Renee Blackwell's allegations against the State. These documents, bates-stamped DCF1 to DCF67, are attached.

3. These defendants have no computation of damages.

4. The State defendants do not have insurance applicable to the claims in this lawsuit.

ANNE MILGRAM
ATTORNEY GENERAL OF NEW JERSEY

By: _____
Karen L. Jordan
Deputy Attorney General

Dated: 1/6/0

- 3 -



| HOME PAGE | ABOUT US | BACK ISSUES | COLUMNS | DARKROOM | ALMANAC | ENTERTAINMENT LAW | REPORTS | APPELLATE OPINIONS | MASTHEAD |

# Courthouse News Service

Monday, June 22, 2009   Last Update: 9:20 AM PT

## Rape Victim Says New Jersey Revealed Her Name to Child She Put Up for Adoption
By TIM HULL

CAMDEN, N.J. (CN) - After a shocking surprise visit from a woman who claimed to be her daughter, an Atlantic City woman who gave a child up for adoption after being raped more than 30 years ago is suing the New Jersey Department of Children and Families for revealing her name and personal information.

The plaintiff says she received a letter from the department in August 2008 about a request for personal information from an adult adoptee searching for her natural parents. The plaintiff, RB, ignored the request because of "the traumatic circumstances surrounding the adoption and her utter surprise at being contacted," according to her federal complaint.

R.B. says she believed that New Jersey adoption laws prohibited the state from revealing personal information about her relationship with the child. But she says that about 4 months after she refused to respond to the request, a woman showed up at her home saying that she might be her daughter.

R.B. says she complained to the Department of Children and Families, which told her that because she had failed to respond to the written request, the department "more or less did what they had to do."

To make matters worse, R.B. says, the department told her that it had been in contact with her other daughter, whom she had never told about the rape and the child that had resulted from it.

"At no time did (R.B.) give authority to (the defendants) to release information regarding (her) address or family," the complaint states. R.B. adds that to do so violates the policies stated on the department's adoption registry Web site.

R.B. seeks at least $1 million in damages from the State of New Jersey, the New Jersey Department of Children and Families and five of its employees, for civil rights violations, defamation, invasion of privacy and negligence. She is represented by Matthew Weisberg with Prochniak Weisberg. 🖼

Home   Back to Top

Courthouse News Service      Privacy Policy    Search      RSS   Contact Us

DCF1

# Inquiry Report

**Name**          Denine  Howell          **Caller**          **Date of Inquiry**   12/17/2007

**Street**   295 MLK Ave

**City**   Morristown          **State**   NJ   **Zip**   07960

**Home Phone**          **Work Phone**   (862) 778-2326          **Extention**

**BKGRND**          **REGISTRY**          **FLOCATION**          **DOB**   10/07/69          **POB**

**SEARCH**   x   **OTHER_SVC**          **TARGET_BNA**   Blackwell

**Race Birth Parents**          **Adopted Parents Names**   Emma & James Howell

**STAFF_IN**   bp          **Adopted Parents City**          **Arrive A. Home**

**STAFF_WK**                    **BMLNAME**   Blackwell

**Birth Last Name**   Blackwell          **Birth First Name**   Denine          **BMFNAME**   Renee

**Adopted Last Name**   Howell          **Adopted First Name**   Denine          **BFLNAME**

                                                    **BFFNAME**

## MEMO

Denine requesting search for birth family

8/11/08 search ltr to BM (DH)

11/13/08 no response from BM. Will send letter to sib though not sure she is aware of Denine's existence.

11/20/08 letter to sib Jeanine retimed as undeliverable.There is another sib Sean but I did find him on the DOC offenders site and he was released from jail 5 yrs ago serving time for drug related convictions.
12/1/08 sent 2nd ltr to sib Jeanine to different address.

12/9/08 response from sib Jeanine. OK to share her phone # only. Called Denine to share news. (DH)

12/16/08 (bp) - Jeanine Blackwell called. Wants clarification of letter rcvd 12/1. Did not know she had a sister, and no one has called her. I then spoke w/ Denine who said that the #, 609.880.4740 is out of order. Odd, it worked for me, but continues to be "a non-working #" for Denine. Called Jeanine and suggested she call Denine..

12/16/08 - Renee Blackwell, B/mo., called 2 min later. Told her I had just spoken with Jeanine. The woman is irate. Through the roof. Claimed that someone (Denine? Yes.) showed up on her doorstep on Saturday. Wants to know how this person got her address. Assured her that this office does not give out identifying information without the consent of the person concerned. Ms. B went on to say that Denine was the product of rape, that her other children did not know, and  we had no right to contact her daughter Jeanine. I pointed out to Ms. B that a letter was sent to her in August, asking her to contact us. Only after three months,  during which she did not respond, was a letter sent to Jeanine. After receiving Jeanine's written permission, we have put her in touch with Denine. Ms. B continues to be furious, saying that we had no right to invade her privacy and that her failure to respond to the letter in August was her way of saying that she did not want us to proceed. After considerably more yelling, Ms. B vowed to get a lawyer.  BP

12/16/08 - Spoke again w/ Denine. She said she did not go to B/mo's home. "How would I get her address?"  Told her that was my question. In any case, it was not her. She spoke w/ Jeanine and they will talk further tonight. Denine understands that Renee did not tell anyone about her and she respects that decision. "It is what it is." She has not been told that she was product of rape, and it should be noted that the record makes no mention of rape. A putative father was named.  BP

*Tuesday, December 16, 2008*          *Page 1 of 1*

# Inquiry Report

**Name**    Denine Howell           **Caller**       **Date of Inquiry**   12/17/2007

**Street**   295 MLK Ave

**City**   Morristown              **State**   NJ    **Zip**   07960

**Home Phone**              **Work Phone**   (862) 778-2326    **Extention**

**BKGRND**       **REGISTRY**    **FLOCATION**    **DOB**   10/07/69      **POB**

**SEARCH**   x   **OTHER_SVC**     **TARGET_BNA**   Blackwell

**Race Birth Parents**        **Adopted Parents Names**   Emma & James Howell

**STAFF_IN**   bp        **Adopted Parents City**                    **Arrive A. Home**

**STAFF_WK**                                          **BMLNAME**   Blackwell

**Birth Last Name**   Bllackwell      **Birth First Name**   Denine    **BMFNAME**   Renee

**Adopted Last Name**   Howell      **Adopted First Name**   Denine    **BFLNAME**

                                                          **BFFNAME**

## MEMO

Denine requesting search for birth family

8/11/08 search ltr to BM (DH)

11/13/08 no response from BM. Will send letter to sib though not sure she is aware of Denine's existence.

11/20/08 letter to sib Jeanine returned as undeliverable.There is another sib Sean but I did find him on the DOC offenders site and he was released from jail 5 yrs ago serving time for drug related convictions.
12/1/08 sent 2nd ltr to sib Jeanine to different address.

12/9/08 response from sib Jeanine. OK to share her phone # only. Called Denine to share news. (DH)

*Tuesday, December 09, 2008*                          *Page 1 of 1*

Sent to:  Jeanine Blackwell
Date sent: November 13, 2008

### Division of Youth and Family Services
## Adoption Registry Release

This is to acknowledge that I have been contacted by the New Jersey Division of Youth and Family Services to determine my willingness to have contact with a birth family member:

**I agree to the following (check all that you agree to):**

_____The registry may release my name, address and phone number
      Please list address and phone #

X The registry may release my phone number only
      Please list phone # *609-880-4740*

_____I agree to accept a letter from: _____. This letter will be forwarded through the Registry office without revealing my name or location.
_____I agree to write a letter to:_____. This letter will be forwarded through the Registry office, without revealing my name or location.

_____Other.  Please specify the condition(s) under which you agree to have contact.
_____
_____

_____I do not wish to have contact with _____. (see attached)

_____I am not the person you are seeking.
_____I do not know/am not related to the person you are seeking.

**If you are using this form to identify yourself as the person I am seeking, please enclose a copy of some form of identification.**

Signature *John R. Blackwell*

Date *12/2/08*

Return to:  DYFS Adoption Registry
        Box 717
        Trenton, NJ 08625
        att: Dolores Helb

**Questions? Call 609-292-8816
or (609) 984-6800
Form can be faxed to (609) 984-5449**

DCF 4

# Commissioner George W. Hayman
## doc department of corrections
### "Protecting the Public. Changing Lives."

Search Form >> List >> Details

### Offender Details

| | |
|---|---|
| **SBI Number:** | 000356318B |
| **Sentenced as:** | Blackwell, Sean J |
| **Race:** | Black |
| **Ethnicity:** | N/A |
| **Sex:** | Male |
| **Hair Color:** | Black |
| **Eye Color:** | Brown |
| **Height:** | 6'0" |
| **Weight:** | 325 lbs. |
| **Birth Date:** | April 20, 1964 |
| **Admission Date:** | August 8, 2002 |
| **Current Facility:** | Released from CJ-AT |
| **Projected Max Release Date:** | N/A |
| **Projected Parole Eligibility Date:** | N/A |



### Current Prison Sentence

| Offense | Offense Date | Sentence Date | County of Commitment | Commitment Order | Mandatory Minimum Term |
|---|---|---|---|---|---|
| 1 count/merged count of : 2C:35-5*3 CDS/Manufacture,Distribute,Dispense /3 | UNKNOWN | January 8, 1999 | Atlantic | 98-08-1968-I | 2 Years 9 Months |
| 1 count/merged count of : 2C:35-5*3 CDS/Manufacture,Distribute,Dispense /3 | July 12, 1998 | July 25, 2002 | Atlantic | PV98-08-1968 | None |

### Incarceration History

| Date In Custody | Date Out of Custody |
|---|---|
| January 8, 1999 | September 17, 2001 |
| August 8, 2002 | January 3, 2003 |

### Aliases

| |
|---|
| Blackwell, Jacob |
| Blackwell Jacob, Sean |

[ previous ]  [ back to list ]  [ next ]
[ modify search ]  [ new search ]

**Criteria Chosen:**
**Last Name = BLACKWELL;**

*Disclaimer:*
   The purpose of the Offender Search Web Page is to promote public safety and welfare while providing community access to offender information, consistent with the spirit and intent of the New Jersey Open Public Records Act (OPRA).



# State of New Jersey

DEPARTMENT OF CHILDREN AND FAMILIES
**New Jersey Adoption Registry**
**PO Box 717 – CC#966**
**Trenton, New Jersey 08625**

JON S. CORZINE
*Governor*

KIMBERLY RICKETTS
*Acting Commissioner*

November 13, 2008

Ms Jennine Blackwell
209 Erial Rd
#6
Pine Hill, NJ 08021

Dear Ms Blackwell:

I am searching for the family of Renee Blackwell at the request of an adult adoptee in search of her birth family. Our records indicate that you may be related to this person. Please take a few minutes to review the enclosed form which can be used to indicate whether or not you are the person I am seeking, and/or if you are interested in pursuing this matter. For your convenience I have enclosed an addressed and postage paid envelope in which to return this form.

I am happy to answer any questions or address any concerns you might have and can be reached at (609) 292-8816. I look forward to hearing from you.

Sincerely,

Dolores Helb

)F NEW JERSEY
OF HUMAN SERVICES
H AND FAMILY SERVICES
) BOX 717
N NJ 08625-0717



$1.42
NOV 14  2006
US POSTAGE
FIRST-CLASS
MAILED FROM 08648
011A04 3002686



NIXIE      080   DE 1        00 11/19/08
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 08625071717      *0351-04770-14-33

08021 8562306717

DCF 7



### State of New Jersey

DEPARTMENT OF CHILDREN AND FAMILIES
**New Jersey Adoption Registry**
**PO Box 717 – CC#966**
**Trenton, New Jersey 08625**

JON S. CORZINE
*Governor*

KIMBERLY RICKETTS
*Acting Commissioner*

December 1, 2008

Ms Jennine Blackwell
19 Franklin Dr B
Maple Shade, NJ 08052

Dear Ms Blackwell:

I am searching for the family of Renee Blackwell at the request of an adult adoptee in search of her birth family. Our records indicate you may be related to this person. Please take a few minutes to review the enclosed form which can be used to indicate whether or not you are the person I am seeking, and/or if you are interested in pursuing this matter. For your convenience I have enclosed an addressed and postage paid envelope in which to return this form.

I am happy to answer any questions or address any concerns you might have, and can be reached at 609-292-8816. I look forward to hearing from you.

Sincerely,

Dolores Helb



## State of New Jersey

DEPARTMENT OF CHILDREN AND FAMILIES
**New Jersey Adoption Registry**
**PO Box 717 – CC#966**
**Trenton, New Jersey 08625**

JON S. CORZINE
*Governor*

KIMBERLY RICKETTS
*Acting Commissioner*

August 11, 2008

Ms Renee Blackwell
2001 Columbia Ave
Apt D
Atlantic City, NJ 08401

Dear Ms Blackwell:

I am searching for a Renee M Blackwell, born September 12, 1945, on an important family matter.  An adult adoptee is seeking information about, and possible contact with her birth family.  Please take a few minutes to review the enclosed form which can be used to indicate whether or not you are the person I am seeking, and/or if you are interested in pursuing this matter.  For your convenience I have enclosed an addressed and postage paid envelope in which to return this form.

I am happy to answer any questions or address any concerns you might have.  I am in the office only 2 days per week (usually Tuesday and Thursday) but you can reach me through my supervisor Debra Rogers-Boehme at 609-292-8816 or via email at dolores.helb@dcf.state.nj.us .  I look forward to hearing from you.

Sincerely,

Dolores Helb

*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*
DCF 9

## AutoTrackXP Faces of the Nation

Search Method: **SSN**
Search Criteria: **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**
Search Results: **We found 1 subject associated with the Social Security Number 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.**

\* Blanked data ("XX") cannot be displayed due to restrictions, but this data was used to generate results.

| Summary |
| --- |
| 1. RENEE M BLACKWELL |
| Most Recent Address: 2001 COLUMBIA AVE D |

| RENEE M BLACKWELL | |
| --- | --- |
| AKA: | BLACKWELL RENEE |
| AKA: | BLACKWELL RENEE M |
| AKA: | BLACKWOOD RENEE |
| AKA: | BLOCKWECC RENEE |
| DOB: | 09/12/XXXX |
| DOB: | 09/12/1945 |
| SSN: | 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 |
| SSN was issued in New Jersey between 1961 and 1963 | |

| Address 1 -- Most Current Address | | |
| --- | --- | --- |
| Address: | 2001 COLUMBIA AVE D<br>ATLANTIC CITY NJ 08401 | Reported:   05/01/2005 |
| Phone: | 347-7468 | |

| Address 2 | | |
| --- | --- | --- |
| Address: | 2001D COLUMBIA AVE D<br>ATLANTIC CITY NJ 08401 | Reported:   09/23/2001 |
| Phone: | | |

| Address 3 | | |
| --- | --- | --- |
| Address: | 2001 COLUMBIA AVE<br>ATLANTIC CITY NJ 08401 | Reported:   07/2001 |
| Phone: | | |

| Address 4 | | |
| --- | --- | --- |
| Address: | 2104 SENATE AVE D<br>ATLANTIC CITY NJ 08401 | Reported:   07/15/1999 |
| Phone: | | |

| Address 5 | | |
| --- | --- | --- |
| Address: | 2104 SENATE AVE<br>ATLANTIC CITY NJ 08401 | Reported:   01/01/1999 |
| Phone: | | |

| Address 6 | | |
| --- | --- | --- |
| Address: | 1800 BIRCH GROVE RD<br>NORTHFIELD NJ 08225 | Reported: |
| Phone: | | |

| Address 7 | | |
| --- | --- | --- |
| Address: | 309 ATLANTIC AVE<br>ATLANTIC CITY NJ 08401 | Reported: |
| Phone: | | |

Due to the nature of the origin of public record information, the public records and commercially available data s
reports may contain errors. Source data is sometimes reported or entered inaccurately, processed poorly or inc
generally not free from defect. This product or service aggregates and reports the data, as provided by public
commercially available data sources and is not the source of the data. Before relying on any data, it should be i

## AutoTrackXP Faces of the Nation

Search Method: **SSN**
Search Criteria: **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**
Search Results: **We found 2 subjects associated with the Social Security Number 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.**

* Blanked data ("XX") cannot be displayed due to restrictions, but this data was used to generate results.

| Summary |
|---|
| 1. JENINE L BLACKWELL |
| Most Recent Address: 209 ERIAL RD 6 |
| 2. JENINE L BLACKWELL |
| Most Recent Address: 19 FRANKLIN DR B |

| JENINE L BLACKWELL | |
|---|---|
| AKA: | ALGARIN JEANNINE |
| AKA: | ALGARIN JENINE |
| AKA: | ALGARIN JENINE C |
| AKA: | ALGARIN JENINE L |
| AKA: | BLACKWELL JENINE L |
| DOB: | 05/11/1967 |
| DOB: | 05/11/XXXX |
| SSN: | 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 |
| SSN was issued in New Jersey in 1976 | |

| Address 1 -- Most Current Address | | | |
|---|---|---|---|
| Address: | 209 ERIAL RD 6<br>PINE HILL NJ 08021 | Reported: | 02/01/2008 |
| Phone: | | | |

| Address 2 | | | |
|---|---|---|---|
| Address: | 19 FRANKLIN DR B<br>MAPLE SHADE NJ 08052 | Reported: | 02/01/2008 |
| Phone: | 345-2313 | | |

| Address 3 | | | |
|---|---|---|---|
| Address: | 2104 SENATE AVE D<br>ATLANTIC CITY NJ 08401 | Reported: | 03/09/2005 |
| Phone: | (856) 344-2311 | | |

| Address 4 | | | |
|---|---|---|---|
| Address: | 2001 COLUMBIA AVE D<br>ATLANTIC CITY NJ 08401 | Reported: | 01/09/2005 |
| Phone: | (856) 344-2311 | | |

| Address 5 | | | |
|---|---|---|---|
| Address: | 828 BLACKWOOD CLEMENTON RD 82<br>PINE HILL NJ 08021 | Reported: | 02/25/2004 |
| Phone: | 345-2313 | | |

| Address 6 | | | |
|---|---|---|---|
| Address: | 828 BLACKWOOD CLEMENTON RD<br>PINE HILL NJ 08021 | Reported: | |
| Phone: | (856) 344-2311 | | |

| Address 7 | | | |
|---|---|---|---|
| Address: | 82 CLEMENTON AVE<br>CLEMENTON NJ 08021 | Reported: | |
| Phone: | (856) 344-2311 | | |

| Address 8 | | | |
|---|---|---|---|

| Address: | 209 AREA RD 7<br>PINE HILL NJ 08021 | Reported: | |
|---|---|---|---|
| Phone: | (856) 344-2311 | | |

| Address 9 | | | |
|---|---|---|---|
| Address: | 209 ERIAL RD 7<br>PINE HILL NJ 08021 | Reported: | |
| Phone: | | | |

| JENINE L BLACKWELL | |
|---|---|
| AKA: | BLACKWELL J L |
| AKA: | BLACKWELL JENINE L |
| DOB: | 1968 |
| SSN: | 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 |
| **SSN was issued in New Jersey in 1976** | |

| Address 1 -- Most Current Address | | | |
|---|---|---|---|
| Address: | 19 FRANKLIN DR B<br>MAPLE SHADE NJ 08052 | Reported: | 01/01/2008 |
| Phone: | | | |

| Address 2 | | | |
|---|---|---|---|
| Address: | 2001 COLUMBIA AVE D<br>ATLANTIC CITY NJ 08401 | Reported: | 05/01/2005 |
| Phone: | | | |

| Address 3 | | | |
|---|---|---|---|
| Address: | 2001D COLUMBIA AVE D<br>ATLANTIC CITY NJ 08401 | Reported: | 09/23/2001 |
| Phone: | | | |

| Address 4 | | | |
|---|---|---|---|
| Address: | 2104 SENATE AVE D<br>ATLANTIC CITY NJ 08401 | Reported: | 07/15/1999 |
| Phone: | | | |

| Address 5 | | | |
|---|---|---|---|
| Address: | 2104 SENATE AVE<br>ATLANTIC CITY NJ 08401 | Reported: | 01/01/1999 |
| Phone: | | | |

| Address 6 | | | |
|---|---|---|---|
| Address: | 2001 COLUMBIA AVE<br>ATLANTIC CITY NJ 08401 | Reported: | 05/16/1992 |
| Phone: | | | |

Due to the nature of the origin of public record information, the public records and commercially available data s
reports may contain errors. Source data is sometimes reported or entered inaccurately, processed poorly or inc
generally not free from defect. This product or service aggregates and reports the data, as provided by public
commercially available data sources and is not the source of the data. Before relying on any data, it should be i
verified.

CASE ID NO PN LAST NAME      FSTNAME I EFFDAT   PS C BRTHDT S M R A T D  TRANS
  SSANUM   F  HICRAILRDNO  OC POLICYNO        ORIGCASNO      X              TERMDT
ADDR-C/O                                                                   ZIPCD

0120008758 01 BLACKWELL      SEAN    J 040106  21 Y 042064 M W 2 1 0 0  081307.
145625852 N               00 AC04080000    0000000000    0              000000.
SEAN J BLACKWELL APT 1106 220 N NEW HAMPSHIRE AVATLANTIC CITY NJ          08401.

.CASE COMPLETE
MORE ? (Y OR N) ( )

**DENINE HOWELL**
295 Martin Luther King Avenue
Morristown, NJ 07960-4047
973-449-3479 – Cell
862-778-2326 – Office

January 26, 2008

Barbara Parnes
State of New Jersey
Department of Human Services
Division of Youth and Family Services
P.O. Box 717-CC966
Trenton, NJ 08625-0717

Dear Ms. Parnes:

Pursuant to our previous telephone conversation, attached please find the completed
Adoption Registry Application.   I would like the Adoption Registry of the State of New
Jersey to **locate any biological family members**. In addition to the application, I have
attached the following documents:

1.   A letter from the Case Worker (Mary Ann Haxton) advising that the Home
     Study has been completed with a recommendation for adoption.
2.   Copy of Birth Certificate
3.   Copy of Passport
4.   Copy of New Jersey Drivers License
5.   Copy of Final Judgment of Adoption from the Morris County Court Probate
     Division- Morristown, NJ

If you have any further questions, please don't hesitate to contact me at your
convenience.

Let me take this opportunity in advance to thank you for your assistance in this very
arduous process.  I am hoping that this journey will open another chapter in my life or
provide closure in a very sensitive matter.

Respectfully submitted,

Denine Howell

DCF14

Department of Human Services
DYFS 14-206
(REV. 4/93)

Date received __ __/__ __/__ __

Case _____

**DO NOT WRITE ABOVE THIS LINE**

# ADOPTION REGISTRY APPLICATION

**Are you the: (check one)**

Adoptee ☑     Adoptive Parent ☐     Birth Relative ☐

Birth Parent ☐     Other _____

Enter Your Present    Name _____

Address _____

Denise Howell
295 Martin Luther King Ave., Morristown, NJ 07960

Zip _____

Social Security # 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    Telephone (day time) (973) 449-34_ _

## PLEASE FILL OUT AS ACCURATELY AS POSSIBLE IN RESPECT TO ADOPTEE, AS FACTS WERE KNOWN AT TIME OF SEPARATION (print or type, use back if needed)

**CHILD/ADOPTEE**

Name at Birth Baby girl Blackwell    Sex F    Date of Birth 10.03.69    Race Blck

Place of Birth Hospital    City Atlantic City    State N.J.

Birth Certificate Number _____    Social Security # 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

Office/town where child was placed for adoption Pleasantville, N.J.    Date 1-1-

Does adoptee have siblings by birth? YES NO    Mother's side YES NO    Father's side YES NO

Siblings' Full Names _____

Adoptive Name Denise Howell

Adoptive Mother Emma Jean Howell    Adoptive Father James Willie Howell

Address at time of adoption 40 Ragsdale Avenue

morristown, N.J. 07960

Date Adoption Finalized 03.29.71    DYFS Case # KC

**BIRTH MOTHER**

Maiden Name _____    Married Name _____

Name Used at Birth of Child _____

Date of Birth __ __/__ __/__ __    Race _____    Religion _____

Address _____

Telephone (day time) (__ __ __) __ __ __ - __ __ __ __    Social Security Number __ __ __ - __ __ - __ __ __ __

**BIRTH FATHER**

Name _____

Date of Birth __ __/__ __/__ __    Race _____    Religion _____

Address _____

Telephone (day time) (__ __ __) __ __ __ - __ __ __ __    Social Security Number __ __ __ - __ __ - __ __ __ __

*PLEASE KEEP US ADVISED OF ANY CHANGES.*

I, (signature) Denise You    (date) 1/24/08 , agree that all identifying information be released to the person(s) for whom this registry is filed. I request that the Division attempt to contact me before providing this information.

Don't forget to include some form of Photo I.D.

DCF15



REPLY TO DISTRICT OFFICE:

STATE OF NEW JERSEY
BUREAU OF CHILDREN'S SERVICES
3 SCHUYLER PLACE
MORRISTOWN, NEW JERSEY    07960

## State of New Jersey

### DEPARTMENT OF INSTITUTIONS AND AGENCIES
#### BUREAU OF CHILDREN'S SERVICES
HENRY R. HOLLENDER, Chief
163 WEST HANOVER STREET
TRENTON, NEW JERSEY  08625

December 10, 1969

Mr. and Mrs. James Howell
40 Ridgedale Avenue
Morristown, New Jersey 07960


Dear Mr. and Mrs. Howell:

We are pleased to advise you that your home study has been completed.
We have forwarded the material to Trenton with the recommendation that
your home be considered for the placement of a child. We will be in
further contact with you if any additional information is requested.
Please keep us advised of any changes in your situation.

As you know, there is no specific waiting period in terms of a child
being placed in your home. We can assure you, however, that we will
contact you immediately if your home is selected.

We would like to express our appreciation to you both for your
patience and cooperation.


Very truly yours,

Mary Ann Haxton

Mrs. Mary Ann Haxton
Adoption Worker


MAH:bd



STATE OF NEW JERSEY

**STATE DEPARTMENT OF HEALTH**                                    **DIVISION OF ADMINISTRATION**

*Trenton, N. J.,*   May 27, 1971

*This is to Certify that the following is correctly copied from a record of Birth in my office.*
Do Not Accept this Certificate Unless the Raised Seal of the State Department of
Health is Affixed Hereon.

| NAME OF CHILD | SEX | PLACE OF BIRTH | DATE OF BIRTH |
|---|---|---|---|
| Denine Howell | Female | Atlantic City, N.J. | October 7, 1969 |

| NAME OF FATHER | MAIDEN NAME OF MOTHER |
|---|---|
| James Willie Howell | Emma Jean Williams |

Date filed   Approx. Nov. 12, 1969

_____  M.S.P.H.
*State Registrar of Vital Statistics*

_____ M.D.
*State Commissioner of Health* M-977

Atlantic Co





# Morris County Court

## Probate Division

### Morristown, New Jersey

CERTIFIED COPY

\*   \*   \*

JUDGMENT OF ADOPTION

OF A CHILD BY

James Willie Howell
and
Emma Jean Howell

R. Sar Mischiara,

**CLERK**

BALK, JACOBS, GOLDBERGER & MANDELL,
1180 Raymond Boulevard
Newark, New Jersey   07102
(201) 622-4411
Attorneys for PLAINTIFFS

child heretofore existing between her natural parties, be in all ...

her natural parties, be in all respects ...

MORRIS COUNTY COURT
PROBATE DIVISION
Docket No. ...

Civil Action

IN THE MATTER OF THE ADOPTION

OF A CHILD BY JAMES WILLIE

HOWELL and EMMA JEAN HOWELL,

JUDGMENT OF ADOPTION

The Court, having considered the Complaint, the written
Report filed by the Bureau of Children's Services of the State
of New Jersey, and the evidence presented and being satisfied
that the best interests of Denise Blackwell, the child sought
to be adopted who was born October 7, 1969, in Atlantic City New
Jersey, would be promoted by the adoption,

It is on this   29th   day of   March   , 1971, on Motion
of Balk, Jacobs, Goldberger & Mandell, Esq., (Jack Mandell, Esq.
appearing), Attorneys for the Plaintiffs, ADJUDGED:

1. The said Denise Blackwell be adopted by the Plaintiffs.

2. Upon the entry of this Judgment all relationships

heretofore existing between the said Denine Blackwell and her natural parents, be in all respects at an end.

3. Upon the entry of this Judgment all right, duties and obligations of any person which are founded upon the relationship heretofore existing between the said Denine Blackwell and her natural parents, be in all respects at an end.

4. The said Denine Blackwell upon the entry of this Judgment be known as Denine Howell.

5. Upon the entry of this Judgment the relationships, rights, duties and obligations, between the said Denine Blackwell and the Plaintiffs, her parents by adoption, be thenceforth in all respects as if the said Denine Blackwell had been born to them in lawful wedlock.

6. It is further ORDERED that the birth record of the said Denine Blackwell be and hereby is directed to be amended to reflect her name as Denine Howell, daughter of James Willie Howell and Emma Jean Howell, on October 7, 1969.

S/ Jacques H. Gascoyne

J. C. C.

DYFS Adoption Registry
Office of Adoption Operations (cc 966)
Box 717
Trenton, NJ  08625

Ms. Denine Howell
295 Martin Luther King Ave
Morristown, NJ 07960

12/17/07

Dear Ms. Howell:

Enclosed you will find our Adoption Registry Application. Please fill this out to the best of your ability, and return it, along with a copy of some form of photo ID, to the address above. A driver's license or passport is the preferred form of ID. If you have neither, another form of identification that contains your picture and signature may be acceptable.

Upon receipt of your application, you will be placed in line for either a non-identifying summary of facts regarding your adoption, or for a search for a family member. Please let us know which you would like and, if requesting a search, please designate which family member(s) you are searching for.

Due to the heavy demand for our services, it may be as long as six months before the summary or the search can be initiated. If you should move or change your phone number during this time, please let us know. In the interim, if you have any questions or concerns, I can be reached at 609.292.5898.

Sincerely,

Barbara Parnes
Adoption Registry Specialis:

DCF23

CLOSED MICROFILMED RECORDS Query

2/4/2008

| NAME | REE | DOB | CASENUM | FRAME |
|---|---|---|---|---|
| BLACKWELL AISHA | 5127 | 07/14/79 | E310477B | 3402 |
| BLACKWELL AISHA | 5127 | 07/14/79 | E310477B | 3402 |
| BLACKWELL ANASTASI | 4668 | 06/28/88 | A110280B | 5270 |
| BLACKWELL BETTY | 572 | 08/11/27 | L521B | 173 |
| BLACKWELL BRIGLID | 5401 | 02/11/77 | H148712B | 4466 |
| BLACKWELL CHYVONN | 955 | 12/08/63 | H669A | 91 |
| BLACKWELL DAVID | 3182 | 07/17/60 | A8548A | 1757 |
| BLACKWELL DAWN | 4484 | 10/09/71 | R288027A | 1989 |
| BLACKWELL DEBORAH | 2761 | 01/26/60 | V8443A | 2026 |
| BLACKWELL DENINE | 1043 | 10/07/69 | A2305A | 438 |
| BLACKWELL DESIREE | 2610 | 09/12/73 | A11779C | 967 |
| BLACKWELL DOROTHY | 4290 | 02/01/56 | J895A | 2626 |
| BLACKWELL DOUGLAS | 1195 | 11/18/49 | H402A | 28 |
| BLACKWELL ECSTASY | 2610 | 12/26/75 | A11779E | 967 |
| BLACKWELL EDITH | 572 | 11/30/28 | L521C | 173 |
| BLACKWELL ELIZABET | 3182 | 10/19/62 | A8548B | 1757 |
| BLACKWELL ELLA | 113 | 08/14/26 | B777A | 44 |
| BLACKWELL EMMA | 572 | 04/10/26 | L521A | 173 |
| BLACKWELL EMOTION | 2610 | 03/22/77 | A11779G | 967 |
| BLACKWELL ERICA | 5127 | 10/26/74 | E310477A | 3402 |
| BLACKWELL FLORENC | 586 | 05/27/39 | L521 | 104 |
| BLACKWELL FLORENC | 572 | 05/27/39 | L521F | 173 |
| BLACKWELL FREDERIC | 1353 | 03/10/57 | Z3768A | 295 |
| BLACKWELL GERRARD | 2822 | 02/17/66 | P7880C | 1827 |
| BLACKWELL GUY | 2530 | 12/18/69 | V5162A | 1034 |
| BLACKWELL HOWARD | 2822 | 05/02/63 | P7880B | 1827 |
| BLACKWELL INSPIRAT | 2610 | 07/26/81 | A11779I | 967 |
| BLACKWELL IRENE | 2530 | 01/25/71 | V5162B | 1034 |
| BLACKWELL JAMAL | 2610 | 09/20/70 | A11779A | 967 |
| BLACKWELL JEFF | 419 | 12/19/51 | Z889 | 108 |
| BLACKWELL JEFF | 566 | 12/19/51 | Z889 | 179 |
| BLACKWELL JIM | 3182 | 05/05/65 | A8548C | 1757 |
| BLACKWELL JOSEPHIN | 1195 | 10/05/51 | H402B | 28 |

DCF24

REPORT OF FINDINGS CONTINUED
BLACKWELL, Denine Vernon

- 2 -

Putative Father:  One, David Ross has been named an the alleged father
of Denine Vernon Blackwell. He reportedly was graduated
from Atlantic City High School and is employed as a plumber.

He, presently, is in Boston, Massachusetts. Te residence was stated as
730 Sewell Avenue, Atlantic City, New Jersey.

SIBLINGS

Sean Blackwell is a five year old male born on April 20, 1964 in
_____ The child resides with his mother at 615 Arctic
Avenue, Atlantic City, New Jersey.

Denine Blackwell is a _____ year old born on May 11, 1967 in
Englewood, New Jersey. The child resides with his mother at 615 Arctic
Avenue, Atlantic City, New Jersey.

OTHER RELATIVES

Maternal Grandparents: Mr. and Mrs. Janet (Vernon) Blackwell reside
in Englewood, New Jersey. They are unwilling
and/or unable to accept this child.

Maternal Uncle: Wayne Joseph Blackwell resides with his parents in
Englewood, New Jersey.

Putative Paternal Grandparents: Mr. and Mrs. Willie Ross, 730 Sewell
Avenue, Atlantic City, New Jersey.
They are unaware of the birth of this child.

No relative was available and/or willing to meet this child's needs.

FINANCES

Miss Janet Blackwell presently receives $221 monthly on an Aid to
Dependent Children Grant from the Atlantic County Welfare Board.

Property Own - None known

Bank Account and Other Assets - None known

Debts - None known

Grandparents - Unknown

ADOPTION STATUS

The child Denine Vernon Blackwell is available for adoption in that the
mother signed Surrender of Custody forms on October 10, 1969.

(rev. 1/64)

CASE NAME  BLACKWELL, Denine          CASE #  A-2305-a      PAGE  1

**INTAKE SUMMARY**

I   **INTERVIEWS:** On 10-8-69, worker made a visit to the Atlantic
City Hospital. The mother, Renee Blackwell,
questioned worker as to possible adoption planning for her baby
girl. Worker questioned her as to why she had not contacted
our agency before now. Worker left a card for Miss Blackwell
to contact the office. Miss Blackwell telephoned the office
in the evening and requested adoption planning for her baby girl.
Through a series of questioning, worker was able to see that
Miss Blackwell evidently did not want to play the role of a
mother and she had strong rejections for her baby girl. Worker
accepted the application for child welfare services.

On 10-9-69, worker telephoned Mrs. Juanita Fowler, Social
Service Director at the Atlantic City Hospital. Worker arranged
for a conference to discuss this matter in the afternoon. In
the afternoon of the same date, worker discussed this matter
with Mrs. Fowler and Mrs. Fowler agreed that since the mother
had such strong rejection that perhaps the baby should be taken
upon the mother's release from the hospital. Worker again inter-
viewed the mother to secure necessary information for intake
summary and again to discuss the sudden decision for adoption
planning.

On 10-10-69, the mother signed our Surrender of Custody papers.

II  **REQUEST AND PROBLEM:** The problem is an unwed mother, who has
given birth to three out-of-wedlock
children and now feels that despite having given birth to her
third child, she does not want to maintain the child's care or
make any permanent plan for the child. It is therefore neces-
sary for our agency to assume the responsibilities for the
maintenance of this child.

III  **CHILD'S HISTORY:** Denine Blackwell, Negro female, is
Protestant and born in the Atlantic City
Hospital on 10-7-69. Her birth was full term and normal. She
weighed 7lbs. 12ozs. Her mother had breast fed her for the
last two days. Worker discussed the mother's breast feeding
the infant and desire to give it up for adoption. The mother
requested a formula on 10-9-69. The yellow medical was completed
at the time of her release from the hospital on 10-10-69. The
PKU was not given before release and it was not time for the
PKU test to be given to the infant due to the number of hours
since the baby had been born. Worker requested that Mrs.
Robinson, the foster home mother secure the PKU test on 10-11-69.
She willingly consented to take the infant for this test.

IV  **FAMILY HISTORY AND RELATIONSHIPS:** Natural mother - Renee Mary
Blackwell, Negro, Protestant,
single and was born on 9-12-45 in Atlantic City, N.J. She is
is a U.S. citizen by birth. Renee was the oldest of two chil-
dren and stated that she had a very happy home life. Her
mother made attempts to supply her all the essential things
that a child desires. In addition, her father was also in her
home.

BCS 19-10
(Rev 1/62)

CASE NAME  BLACKWELL, Denine                    CASE # A 2305-a       PAGE

Renee has one brother, Wayne Joseph Blackwell, who is
presently with his mother and father in Englewood, N. J.

Renee is 5'8" tall and weighs about 170lbs. She has black
hair, brown eyes and brown complexion. She completed high
school at Dwight Morrow High School in Englewood, N. J.
She completed the business course at her high school and
had been employed in capacities such as clerk typist and
bookkeeping. Miss Blackwell has two other children. One,
Sean Blackwell, birthdate 4-20-64 in Englewood, N. J.
Jenine Blackwell, birthdate 5-11-67 in Englewood, N.J.
Miss Blackwell presently is maintaining these children and
receiving public assistance from the county welfare board.
Miss Blackwell is unemployed at this time, however she
plans to seek employment upon her release by the doctor.

Sean is presently attending kindergarden at the N. J. Avenue
School. Both kaxs of these children have the same father,
Fred Lee, who resides at 113 Pallisade Avenue, Englewood,
N. J.

Reputed father, David Ross, Negro, Protestant, single.
Birthdate unknown. He was born in Atlantic City and is
one of four children. He resides at 730 Sewell Avenue,
Atlantic City, N. J. however he is presently in Boston,
Mass.  According to Miss Blackwell, he had a happy home
life and appeared to have been very close to his family.
He was unaware of this pregnancy. He completed the 12th
grade at Atlantic City High School. He is employed in
the capacity of a plumber. He is approximately 5'6" tall
and weighs about 140 lbs. He has black hair and dark
brown eyes, and his complexion is brown. Miss Blackwell
receives financial assistance for herself and the two
children. The putative father's financial status is not
known at this time. There were no relatives interested
in maintaining the care of this child.

V      OTHER INTERESTED AGENCIES:  The ACWB is providing financial
                                   assistance to this family.

VI     EVALUATION:  The problem is a single, adult, who has given
       birth to three out of wedlock children, and
       feels that she cannot maintain her third child as she strong-
       ly desires to seek employment and become self-supporting
       without the use of public assistance from the ACWB. She
       strongly feels that this infant would barricade this effort
       at this time. She, in addition, feels that she cannot
       provide adequate care and make permanent plans. Worker
       discussed at length the precautions in birth control.

       The mother plans to make attempts to have her tubes tied.

VII    IMMEDIATE PLANS:  To place this infant in the home of
                         Mrs. Lillie Robinson, 27 N. 3RD SA,
       Pleasantville, N. J. to await adoption planning.

VIII   LONG RANGE PLANS:  To place infant for adoption, and the
                          child to await adoption this date.

BCS 19-10
(new 1/64)

CASE NAME    BLACKWELL, Denina          CASE #   A 2305-a        PAGE   3

10/7/69     Denine was placed in the foster home from the Atlantic City Hospital.

11/12/69    Home visit.  Denine is growing nicely, there are no problems.  During her
            first week there had been quite a bit of nasal mucous and eye secretions,
            but these had cleared.

11/20/69    GSP was granted for adoption planning.

12/9/69     She received at the Pleasantville Baby Keep Well Station, DPT #1 and
            Sabin Trivalent #1.  She weighed 10 pounds.

12/15/69    Home visit.  Denine appears to be a very happy and good natured baby.
            She is adorable with large brown eyes.

12/18/69    Denine was taken by worker to Dr. Brodsky for her adoptive medical.  She was
            found to be in very good health with no physical defects.

12/22/69    Worker was advised that the Tine Test was negative.

12/23/69    Material prepared for GSU.

1/13/70     Denine received DPT #2 and weighed 11 1/2 pounds.

1/19/70     Denine was eating when the worker arrived.  She was very alert and was
            gently cooing.  She had two fingers on her right hand in the mouth.  The
            foster mother thinks she is teething.

            Arrangements were made for a visit with prospective adoptive parents on
            Wednesday, Jan. 21, 1970.

1/21/70     Denine was seen by Mr. and Mrs. Howell.

1/22/70     Mr. and Mrs. Howell advised that they wanted to come for Denine on
            Friday 1/23/70.

1/23/70     Denine was placed with Mrs. Howell.

            Letter forwarded to natural mother advising her that Denine had been placed.
                                                         (GD)    NS 1/27/70)


CONTACTS:

MVR's were made on February 11, 1970, March 20, June 24, August 27 and
October 19, 1970.  The case was then transferred to the adoption worker
who made a home visit November 13, 1970.  At that time both Mr. and Mrs.
Howell and Denine were seen.


SUMMARY:

Denina has adjusted very well in the home.  They have continued to call
her Denine.  Mrs. Howell's sister, Mrs. Caroline Terry, 45, married,
but separated from her husband, is now living with the Howells and takes
care of Denine during the day while Mrs. Howell continues to work at
the Morris View Nursing Home.  Shortly before Denine was placed with

ECS 1010
(new 1/64)

| CASE NAME | CASE # | PAGE |
|-----------|--------|------|

the Howells, the Howells purchased a home at 295 Evergreen
Avenue, Morristown, N.J., The house has been re-decorated
quite attractively. The basement is finished and on the
first floor is an enclosed front porch, a living room and
kitchen. The dining room has been converted into a bedroom
for Mr. and Mrs. Howell, who have the crib for Denine in
this room for the present, but plan to move her to a bedroom
on the second floor when she is a little older. The second
floor contained two bedrooms and bath. Mrs. Terry has one
of the bedrooms on this level.

On September 21, 1970, Mrs. Howell informed us that they were
leaving for vacation in a few days to visit her mother and
her husband's mother. The addresses are: Mrs. Howell's
mother is Mrs. Gladys Williams in Abbeville, Georgia and
her telephone number is area 912-487-3251. Mrs. Howell's
mother, Mrs. Didelle Howell, lives at 912 East Wasily Avenue,
Lyons, Georgia. Her telephone number is area 912-526-8148.
They would also be visiting Mr. Howell's brother, Mr. George
Howell, who lives at 4850 N. W. 31 Avenue, Miami, Florida.
His phone is area 305-ME 4-9950. The Howell's expected to
return about October 1, 1970.

When the Howells returned by train they went immediately to
Morristown Memorial Hospital since Denine had developed a
worrisome cough. She was placed in a croup tent and remained
in the hospital approximately five days. She has had no health
problems. A letter has been received from Dr. Shaw indicating
she has had all her immunizations and that her health is good.

Denine is an unusually attractive little girl and has a smiling
outgoing and happy disposition. She was given a psychological
test by Dr. Goodkin on October 19, 1970, and was found to have
appreciably above average intelligence. Denine sat alone at
five months, got her first tooth at eight months and at the
time of the last home visit was standing alone and attempting
to walk a few steps alone. She was adept at crawling upstairs.
She says "Da-Da", "Ma-Ma", "Bye-Bye" and can play "pat-a-cake".
She is a responsive child and shows absolutely no fear of
strangers. She eats and sleeps well and the Howells have
been very pleased with her progress.

Denine received her rebella inoculation October 16, 1970 and
has received three DPT shots, for three trevelin polio
shots and a measles immunization on April 21, 1970.

At the time of the last home visit, Mrs. Howell expressed an
interest in adopting more children. She would like to have
a little sister for Denine, but Mr. Howell would prefer to
have a little boy next. However, they do not plan to adopt
right away, since they feel they need to become somewhat
more settled financially before taking on additional children.
Mrs. Howell plans to continue working for a while yet and
should her sister make other plans there would be a need for
her to workout other child care arrangements for Denine

JUVENILE AND DOMESTIC RELATIONS COURT OF ATLANTIC COUNTY
REPORT OF INVESTIGATION OF A PETITION FOR THE COMMITTMENT TO THE BUREAU
OF CHILDREN'S SERVICES OF BLACKWELL, Denine Vernon, FILED BY
Mrs. Julia Taylor, Assistant Supervisor, ON October 30, 1969 BECAUSE
said minor is presently under the supervision of the Bureau of Children's
Services as a result of acceptance in care and it is in the best interest
of said minor that she be placed under guardianship for the reason that
adoption may be planned.

CHILD

BLACKWELL, Denine Vernon, female, Negro, Protestant, infant. She is
three weeks of age being born on October 7, 1969 in Atlantic City
Hospital, Atlantic City, New Jersey (verified by birth certificate).

She is illegitimate in that she was born to an unmarried mother and an
unmarried man with no subsequent marriage to each other.

The child's mother signed a Surrender of Custody on October 10, 1969 so
that adoption may be planned.

She strongly wishes to seek employment and to better her economic situation
for herself and two other children. She feels, therefore, that she
cannot meet this child's needs adequately.

The infant resides in an approved agency home of the Bureau of Children's
Services, 18 South Arkansas Avenue, Atlantic City, New Jersey.

BCS Status: None in that mother nor siblings are known to our agency.

CHARGEABILITY

Atlantic County is chargeable in that it is the county of the mother's
residence.

PARENTS

Renee Mary Blackwell is a 24 year old Negro, Protestant female. She was
born September 12, 1945 in Atlantic City, New Jersey (not verified).

She is a citizen by birth.

Miss Blackwell is a single woman who has never married.

Miss Blackwell is a high school graduate presently receiving Public
Assistance for support of herself and family. She would like to become
self-supporting so that she may be able to meet her family's needs. Her
family consists of two other children who reside with her. Her physical
and mental health is reportedly good.

Miss Blackwell resides at 615 Arctic Avenue, Atlantic City, New Jersey.

Case 1:09-c-04004-GBH-GRS Document 25-1 Filed 07/09/10 Page 36 of 72 PageID 263

2.

**Father:**

David Ross, putative father of Denine Blackwell, is a Negro, Protestant, and single. He was born in Atlantic City, New Jersey and his last known whereabouts was Boston, Massachusetts. His birthdate is unknown. He is one of four siblings and according to Miss Blackwell, he had a happy home life and appeared to be very close to his family. He was not aware of Miss Blackwell's pregnancy.

Mr. Ross completed 12th grade in Atlantic City and has been employed as a plumber. He is about 5'6" tall and weighs about 140 lbs. He has black hair, dark brown eyes and brown complexion.

**Siblings:**

Sean Blackwell, born 4/20/64, is a half-brother of Denine. He lives with his natural mother in Atlantic City and attends school there.

Jenice Blackwell, born May 11, 1967, is a half-sister of Denine. She resides with her natural mother in Atlantic City.

## VI. Child's History

Denine Vernon Blackwell is a female Negro of the Protestant religion. She was born on 10/7/69 in Atlantic City, New Jersey. She was born at term and delivery was normal. Birth weight was 7 lbs. 12 oz. She was breast fed for several days just prior to her mother's decision to relinquish her for adoption.

On 10/10/69 Denine was placed in a foster home. During her first week there she had a lot of nasal mucous and eye secretions while in this home her development progressed normally and there were no problems. She appeared to be a very happy and good natured baby. In December of 1969 she had a pre-adoptive physical examination and was found to be in excellent health and with no physical defects.

On January 23, 1970, Denine was placed with her adoptive parents, Mr. and Mrs. Howell. At the time she weighed about ten pounds, she was very alert, she cooed and she chewed on her fingers. During February she was well with good eating habits and an occasional bottle during the night. She ate well and was not fussy. During the following months her development had progressed within normal limits. She was sitting at about 6 months, she pulled herself up and stood at about 8 months, she is presently walking and cruising with the assistance of supportive objects or people. She plays with crib toys and does "pat-a-cake". She expresses pleasure and is responsive to other people than her parents. She is presently rejecting baby foods and eats from the table. She thoroughly enjoys feeding herself (and the surroundings) with her fingers.

Dated: October 13, 1970

(Mrs.) Carol Carr
Assistant Supervisor

(Mrs.) Elizabeth Ressler
Social Worker

DCFS1

Children's Services

BCS 11-295
(rev. 1/67)

State of New Jersey
Department of Institutions and Agencies
Division of Public Welfare

TECHNICAL FINDINGS (infants)

Office

Name of Child   DENINE BLACKWELL                    Case No.   AC 30 2

Birthdate   10/7/69          Race   Negro          Sex   Female

With Whom Child is Living   Mr. & Mrs. James Howell

Address   295 Martin Luther King Avenue Morristown

District Office   Morristown

Examiner (Please type or print)   Robert Goodkin, Ph.D.

Date of Examination   10/19/70          Date of Report   11/26/70

Tests Given   Cattell Infant Intelligence Scale, Vineland Social Maturity Scale

Results of Tests Given   Cattell Infant Intelligence Scale: M.A. 15.2 mos   C.A. 12 mos   I.Q. 127

|  | Mo. | | Mo. | | Mo. | | Mo. | | Summary | |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  | 12 | Mo. 12 | Plus |
| 1. | X | 1. | 1. | 1. | 1. | 12 |  |  | 1.6 |
| 2. | X | 2. | 2. | 2. | 2. | 13 |  |  | 1.6 |
| 3. |  | 3. | 3. | 3. | 3. | 15 |  |  |  |
| 4. |  | 4. | X | 4. | 4. | 4. |  |  |  |
| 5. |  | 5. | 5. | 5. | 5. |  |  |  |  |
| a. |  | a. | a. | a. | a. |  |  |  |  |
| b. |  | b. | b. | b. | b. |  |  |  |  |
|  |  |  |  |  |  | Total | 12 | 3.2 |  |  |

Other Scores: Bayley Mental Maturity Tests, Motor Tests, Developmental Profiles

... Maturity Scale was ... Mrs.
... Howell, Denine's foster mother.  This scale suggested that Denine's
... gross and fine motor, and social development are all well
within normal limits.  She uses her hands ... for her age ... e
very responsive to people.

Summary of Developmental Status (attach extra sheets, if necessary)
General, Denine is a very pleasant, outgoing alert infant of Appreciably
... Average intelligence.  She is very curious about her environment,
... she adapts easily to new situations.  Testing, the foster mother's
... rt, and clinical observation all suggest that Denine's social,
... ceptual and motor development are above average.

# SUPERIOR COURT OF NEW JERSEY



Chambers of
**John B. Dangler**
Judge

Courthouse
P.O. Box 910
Morristown, NJ 07963-0910
(973) 656-4144

January 14, 2008

Ms. Denine Howell
295 Martin Luther King Avenue
Morristown, NJ 07960

Dear Ms. Howell,

      I have received your request for information involving your adoption. Your letter indicates that your reason for this request is simply to search out your biological family. I must inform you that all adoption records are sealed by law and can only be opened upon good cause being shown to the court.

      For the reasons stated in your letter, I am unable to unseal your adoption records. I have however reviewed your adoption file and as you are aware you were born on October 7, 1969 in Atlantic City, New Jersey. The Judgment of Adoption was entered on May 29, 1971 and I am aware you already have a photo copy of the Judgment.

      For some reason there is no docket number shown on the adoption papers in the file other than a Morris County surrogate court file number 2241.

      Your request to seek out your biological family is not uncommon as many young adults today are doing the same thing. There has been established in New Jersey an Adoption Search Registry where a person may make a request through the Registry to see if their biological parents can be located and if they wish contact by the adopted child.

      I note that you are already aware of this as apparently a form was faxed to Mary Ellen Grundy at the Surrogate's Office. I would suggest that you contact the New Jersey Adoption Search Registry (phone 609-292-8816) for further assistance.

      I am returning to you photo copies of your birth certificate and of the Adoption Judgment that you had previously submitted when you wrote to my chambers.

Very truly yours,

John B. Dangler, JSC



NEW JERSEY JUDICIARY COURT UNIFICATION - 1995
*Integrity   DCF 84 rness   *   Service*

## 1600 Adoption Registry Services to Adoptees and Their Families

- 1601 Definition 3-28-89
- 1602 Release of Information on Finalized Adoptions 3-28-89
- 1603 Information Provided to Adoptive Parents and Adoptees 3-28-89
- 1604 Authorization for Release of Adoption Registry Information 3-28-89
- 1605 Requests for Information on Birth Parents/Birth Family 3-28-89
- 1606 Requests from Adults Who Were Adopted Through DYFS 3-28-89
- 1607 Requests from Adults Who Were Adopted Independently or Through Private Adoption Agencies 3-28-89
- 1608 Requests from Adoptive Parents to Locate Siblings of Their Adopted Children 3-28-89
- 1609 Requests from Adult Adoptees to Locate Siblings 3-28-89
- 1610 Requests from the Adoptee's Birth Family 3-28-89
- 1611 Requests to Locate Birth Parents from Adults Who Were Surrendered for Adoption but Never Adopted 3-28-89
- 1612 Proof of Identity 3-28-89

## 1601   Definition                                     3-
## 28-89

The Adoption Registry Unit is a Central Office Unit within Operations Support that offers services to adoptees and their families by:

- providing the adult adoptee or the adoptive parents of a minor adoptee with non-identifying information regarding the birth family;

- acting as the broker for contacts with the birth family members; and

- serving as a place for the birth parents to maintain their requests for contact.

All requests for information from the adoption record are channeled through this unit.

II Field Operations Casework Policy and Procedures Manual » II M Adoption Services » 1600 Adoption Registry Services to Adoptees and Their Families » 1601 Definition 3-28-89

## 1601   Definition 3-28-89

The Adoption Registry Unit is a Central Office Unit within Operations Support that offers services to adoptees and their families by:

- providing the adult adoptee or the adoptive parents of a minor adoptee with non-identifying information regarding the birth family;

- acting as the broker for contacts with the birth family members; and

- serving as a place for the birth parents to maintain their requests for contact.

All requests for information from the adoption record are channeled through this unit.

Case 2:09-cv-03004-CEB-DEA   Document 38-4   Filed 07/09/10   Page 42 of 72 PageID: 285

## 1602    Release of Information on Finalized Adoptions        3-28-89

Because of the statutory seal on the court records in an adoption, as mandated in N.J.S.A. 9:3-37 et. seq., and the policy of confidentiality, DYFS responds to all requests for information from the child's adoption record in accordance with the parameters established by law.

Since DYFS and its various units are one entity, information from the adoption record may be shared by the ARC with any District Office that becomes involved in providing services to the child, his siblings, birth family or adoptive family. At no time is identifying information about the adoptive family shared. All records and information relating to the adoption proceedings are "sealed" and must be treated as such pursuant to N.J.S.A. 9:3-52. The information given to DYFS staff is confidential and is not shared outside DYFS without consultation from ORLA/DAG. If necessary, ORLA seeks advice from the Attorney General.

## 1603   Information Provided to Adoptive Parents and Adoptees  3-28-89

Adoptive parents and adult adoptees are entitled to receive in writing all available information on the characteristics and background of the adoptee and the adoptee's birth family except:

- information identifying the adoptee's birth family; and
- information that enables them to determine the location of the birth family.

Adoptive parents may request in writing current available information on their child at any time. The Adoption Registry Coordinator shares the information with them in writing with the same exceptions noted above. If the adoptive family prefers to receive and discuss the material in a personal interview, a meeting is arranged either with the Adoption Registry Coordinator or the appropriate ARC.

The adoptive parents of a minor adoptee must request information about the adoptee's birth family, in writing. The information is shared with the minor adoptee only with the adoptive parents' permission. If the minor wants a search for a particular individual in the birth family, the minor and the adoptive parents make the request in writing to the Adoption Registry Unit. The Coordinator conducts the search for the individual as requested. The consent of the birth parent or parents of siblings is obtained in writing before identifying information is disclosed to the adoptee.

If, in the Coordinator's opinion, records indicate that the health, whereabouts, or any other factor regarding the individual being sought are such that knowledge of them might be too disturbing to the minor adoptee, the information is discussed with the adoptive parents and a decision about continuing the search is made jointly with them.

Case 3:09-cv-03004-GEB-DEA   Document 35-4   Filed 07/09/10   Page 44 of 72 PageID: 257

II Field Operations Casework Policy and Procedures Manual » II M Adoption Services » 1600 Adoption Registry Services to Adoptees and Their Families » 1604 Authorization for Release of Adoption Registry Information 3-28-89

## 1604   Authorization for Release of Adoption Registry Information      3-28-89

The Registry is a resource through which members of the adopted child's birth family can request that information about themselves be released to the adult adoptee when an inquiry is made. Whenever parental rights are being relinquished or terminated, the Worker should actively pursue both parent's willingness to be registered with the Registry. The Adoption Registry Unit maintains a record of those who have completed and signed a DYFS Form 14-206, Adoption Registry Application, permitting the release of identifying data to the adult adoptee. Because of the importance that this information has for many adoptees, the birth parents are encouraged to complete and sign this form, and to keep the Registry informed of other changes and new developments which may be significant to the adoptee. Any member of the birth family may add information to the Registry at any time, by sending letters or cards. These are filed by the Registry for release to the adoptee when he reaches the age of majority and requests the information. Adoptive parents of a minor adoptee, may also request release of this information to them.

Case 3:09-cv-03004-GEB-DEA   Document 35-4   Filed 07/29/80   Page 45 of 72   PageID: 258

II Field Operations Casework Policy and Procedures Manual » II M Adoption Services » 1600 Adoption Registry Services to Adoptees and Their Families » 1605 Requests for Information on Birth Parents/Birth Family 3-28-89

## 1605   Requests for Information on Birth Parents/Birth Family        3-28-89

The adult adoptee has certain rights to non-identifying information about his birth family. See II M 1606 and 1611. DYFS offers as much assistance as possible to the adult adoptee, while at the same time using adequate safeguards to minimize the possibility of this creating difficulty for adoptive parents; and maintaining the confidentiality and privacy of the birth parents.

Written requests by adult adoptees for information and searches for birth parents/birth family members are made through the Central Office Adoption Registry Unit. If such requests are received by the District Office/ARC, the requests are forwarded to the Adoption Registry Coordinator.

## 1607   Requests from Adults Who Were Adopted Independently or Through Private Adoption Agencies

3-28-89

After receiving a written request from the adult adoptee for identifying information about his birth family, the Adoption Registry Coordinator examines the master files to determine if the adoptee was known to DYFS and, if so, what information might be available. If the record indicates that the person was adopted independently, the adult adoptee is given that information along with the name of the appropriate court. He is also advised that the Coordinator cannot pursue any further action without a referral from the court. When ordered by the court, the Adoption Registry Unit conducts an investigation, presents its findings and makes a recommendation to the court. Thereafter, if ordered to do so by the court, the Adoption Registry Unit releases to the adult adoptee, all pertinent information received while conducting the search. The following information, however, unless specifically ordered by the court, is not released:

- information identifying the birth parents and/or siblings, and
- information that would enable the adoptee to locate the birth parents and/or siblings.

If the adult adoptee requests current and background information about the birth family, but does not want to establish contact, the Coordinator with permission from the court, shares that information in writing with the adult adoptee. If the adult adoptee prefers that the information be given to him in a personal interview, the Coordinator arranges and conducts the interview.

If the Coordinator completes the search process and the birth parent cannot be located, the Coordinator advises the court and makes recommendations regarding the release of the identity of the birth parent to the adoptee.

If the birth parent is located, the Coordinator makes the initial contact on behalf of the adult adoptee and explores with the parent the adult adoptee's desire to contact him and his receptiveness to the request. Based on the parent's reaction, the following takes place:

- If the parent agrees to establish contact with the adult adoptee, the Coordinator, in a report of its findings to the court, recommends that the identifying information about the birth parent be released.

- If the parent does not agree to establish contact with the adoptee, the Coordinator asks the parent the reason for his reluctance so that the

information can be conveyed to the court for use in making a decision releasing the information to the adoptee. The Coordinator tells the parent that there is a possibility that the adoptee will obtain identifying information from the court and prepares a report to the court conveying the results of the investigation and DYFS recommendations.

- If a search of the master files reveals that the adult adoptee is not known to DYFS, the Coordinator assists the adult adoptee in determining the agency that processed the adoption. The appropriate referral services are offered to the adoptee.

## 1608   Requests from Adoptive Parents to Locate Siblings of Their Adopted Children

3-28-89

The Coordinator attempts to locate siblings of minor children after receiving a written request from the adoptive parents. If the sibling being sought is a minor adoptee, the Coordinator contacts the adoptive parents who have the right to accept or reject any direct contact. A written agreement from the parents of the minor sibling allows the Coordinator to advise both parties of the names and addresses of the other. If the sibling being sought is not adopted, the adoptive parents are so advised and told that there is the likelihood that the birth parents may also be located during the search process. The Coordinator and the adoptive parents decide jointly whether to continue the search based on DYFS knowledge of the birth parents, the impact that knowledge of or contact with them is likely to have on the adoptee, and the adoptive parents' ability and willingness to deal with such contact if it were to occur.

If the sibling being sought is in a DYFS foster home, the Coordinator contacts the sibling's Worker. The Coordinator discusses with the Worker the current situation of the sibling and evaluates the impact contact with the adoptive parents decide if contact is in the best interest of the siblings.

DYFS discloses no identifying information regarding a birth family member without the written consent of the birth family member or the legal parents of the minor sibling. In the absence of written consent, a court order is obtain as prescribed in N.J.S.A. 9:3-52.

II Field Operations Casework Policy and Procedures Manual » II M Adoption Services » 1600 Adoption Registry Services to Adoptees and Their Families » 1609 Requests from Adult Adoptees to Locate Siblings 3-28-89

## 1609   Requests from Adult Adoptees to Locate Siblings     3-28-89

Upon written request, the Coordinator attempts to locate siblings for the adult adoptee. If the sibling being sought is an adopted minor, the Coordinator contacts the adoptive parents who have the right to accept or reject any direct contact. A written agreement is obtained to allow the Coordinator to advise both parties of the name and address of the other.

If the sibling being sought is an adult and also adopted, the Coordinator first contacts the adoptive parents since they presumably would know the whereabouts of the sibling. They are advised that an adult sibling of their adult adoptee has expressed an interest in contacting their adoptee. The Coordinator requests the adult adoptee's current address if he no longer resides with the adoptive parents. The adoptive parents are assured that the Coordinator will be guided by the desires of their adoptee in proceeding with such contact. If the Coordinator is unable to locate or contact the adoptive parents, attempts are made to contact the adoptee directly using whatever leads that exist.

- If the adoptive parents refuse to tell the whereabouts of their adoptee or to arrange a contact between their adoptee and the Coordinator, the Coordinator advises them that DYFS will attempt to locate their adoptee through available resources.

- If the sibling being sought contacts the Coordinator and agrees to meet his sibling, the Coordinator advises both parties of the name and address of the other after receiving a written agreement.

- If the sibling being sought contacts the Coordinator and does not agree to a meeting, the Coordinator advises the searching sibling of the other's rejection of such contact and that he cannot be of further assistance in the search. The Coordinator obtains a written confirmation from the sibling being sought, stating his refusal to a meeting, for the case record, if possible.

If the sibling being sought is supervised by DYFS, the Coordinator decides about establishing contact after discussing with the supervising office if contact would be in the best interest of the minor sibling.

The child's present psychological adjustment, age, the previous relationship between the siblings, and any other significant factors are considered in the decision-making process.

If an unadopted sibling is being sought, the Coordinator attempts to establish contact with the sibling. However, the adult adoptee is advised that in the

searching process, the possibility exists that the birth parents may be located or involved with the sibling being sought. The adult adoptee is free to decide whether or not to continue the search.

Case 3:09-cv-03004-GEB-DEA Document 35-28 Filed 07/09/10 Page 51 of 72 PageID: 264

## 1610  Requests from the Adoptee's Birth Family 28-89     3-

If the birth parent or other members of the adoptee's birth family contact DYFS in writing to secure information about the adoption of the child, the Coordinator:

- confirms whether or not the child was adopted; and
- describes the social characteristics of the adoptive family without sharing identifying information about the child or family.

The Adoption Registry Coordinator sends a DYFS Form 14-206, Adoption Registry Application, to the birth family member if one is not on file. The birth family member is encouraged by the Coordinator to complete, sign and return the form to the Adoption Registry with any other pertinent information about the birth family (e.g. additional family members, medical history, etc.). The birth family member is advised that DYFS will not search for the adoptee on their behalf but will place the Adoption Registry Application along with any other information submitted in the child's case record and the Authorization for Release of Adoption Registry Information. The information will be released by the Coordinator to the adult adoptee upon written request. Significant medical information is given to the adoptive parents as it is received from the birth family.

## 1611 Requests to Locate Birth Parents from Adults Who Were Surrendered for Adoption but Never Adopted

3-28-89

If DYFS records show that the birth parents were aware that the surrendered child was not adopted, the Coordinator shares all available information with the person making the inquiry after receiving a written request. Since there was no adoption, there is no statutory seal prohibiting the release of information.

However, if DYFS records indicate there was no contact with the birth parents following the surrender of the child, and they might logically assume that the child had been adopted, the Coordinator initially responds to the request as if it were from an adult adoptee.

- After a search by the Coordinator, if the birth parents cannot be located, the Coordinator releases all available information to the inquirer.

- If the birth parents are located, the Coordinator makes the initial contact on behalf of the inquiring person. The Coordinator advises the birth parents that the inquiring person wishes to establish contact, that he was never adopted, and that DYFS has no authority to conceal the name and address of the parents.

II Field Operations Casework Policy and Procedures Manual » II M Adoption Services » 1600 Adoption Registry Services to Adoptees and Their Families » 1612 Proof of Identity 3-28-89

## 1612   Proof of Identity                                          3-28-89

In order to comply with the Revised Manual of Standards for adoption agencies (N.J.A.C. 10:121A) proof of identity must be obtained from any adult adoptee, birth family member, or adoptive parent requesting information from the Adoption Registry. Upon written or telephone request for information, the Adoption Registry Coordinator will advise the person that a copy of his driver's license, social security card or birth certificate is required before any information is released. Proof of identity can be checked and noted by the worker when a request for information is made in person.

# DENINE'S
# INTELIUS
# REPORTS



# Your Transaction Was Successful.

Your Credit Card Will Reflect A **$6.90** Charge From **Intelius**.

Your Order # is **16086471**.

You may contact our customer support at **(888) 445-2727** with any questions.

2/10/2008

## People Search Report - December 10, 2008

### Your Report Summary

Order #16086471

| Name: | Jenine Blackwell |
|-------|------------------|
| State: | NJ |

### Report Contents

■ People Search Report

## People Search Report

6086471



https://www.intelius.com/search-detail-out.php?ReportType=1

12/10/2008

2/10/2008

| | Name | Address / Phone | Previous Cities | Avg. Income / Avg. Home Value |
|---|---|---|---|---|
| 1 | Jenine L Blackwell<br><br>DOB: 05/11/1967<br>AGE: 41 Years Old<br>RELATIVES:<br>Shantae D Blackwell<br>Renee M Blackwell<br>J L Blackwell<br>Sean D Blackwell | Address 1 Confirmed:<br>2001 COLUMBIA AVE<br><br>ATLANTIC CITY, NJ 08401<br>(609) 345-2313<br><br>Address 2:<br>209 ERIAL RD CLEMENTON, NJ 08021<br>(856) 344-2311<br><br>Address 3:<br>19 FRANKLIN DR #B MAPLE SHADE, NJ 08052<br>(856) 345-2313 | Atlantic City, NJ<br>Clementon, NJ<br>Maple Shade, NJ<br>Pine Hill, NJ<br><br>See all addresses | Avg. Income: $26,969<br><br>Avg. Home Value: $87,500 |
| 2 | Jenine L Blackwell<br><br>DOB: 05/11/1967<br>AGE: 41 Years Old | Address 1 Confirmed:<br>2001 COLUMBIA AVE #D<br>ATLANTIC CITY, NJ<br>(609) 345-2313 | Atlantic City, NJ<br><br>See all addresses | -<br><br>- |
| 3 | Jenine L Blackwell | Address 1:<br>182 N 19TH ST EAST ORANGE, NJ 07017 | East Orange, NJ<br><br>See all addresses | Avg. Income: $33,418<br><br>Avg. Home Value: $212,400 |

**RELATED PEOPLE LOOKUPS**

■ J BLACKWELL

*4 Jssun*
*209 Frsi Rd*
*Apt 7*
*Ping H.ll, NJ*

**What is a People Search Report?**

This section lists current and historical people search records that share the same name and state as your search subject. The People Search Summary can be helpful in providing a consolidated view of matching current and historical records for your subject's name across multiple public sources. Income & Home Value are compiled from property, demographic, census, & other public record sources. Income & Home Value may contain specific household and area statistics associated with an individual or address. records

**What is Premium Confirmation Service?**

The Phone Numbers & Addresses listed in the report here were verified against public utility. All addresses and phone numbers WITH a verified

| | Name | Address / Phone | Previous Cities | Avg. Income / Avg. Home Value |
|---|---|---|---|---|
| 1 | **Sean M Blackwell**<br><br>DOB: 05/1982<br><br>AGE: 26 Years Old<br><br>RELATIVES:<br>Stephen Shaw Blackwell<br>Cheryl Ann Blackwell<br>Brandon S Blackwell<br>S Blackwell<br>Emily Blackwell | **Address 1:**<br>316 HUDSON<br>HOBOKEN, NJ 07030<br>(201) 925-5153<br><br>**Address 2:**<br>311 43RD #13<br>NEW YORK, NY 10036<br>(212) 925-5153<br><br>**Address 3:**<br>813 COLUMBINE CIR<br>AUBURN, IN 46706<br>(260) 925-5153 | Hoboken, NJ<br>New York, NY<br>Auburn, IN<br><br>See all addresses | Avg. Income:<br>$62,550<br><br>Avg. Home Value:<br>$107,600 |
| 2 | **Sean D Blackwell**<br><br>DOB: 04/20/1964<br><br>AGE: 44 Years Old<br><br>RELATIVES:<br>Renee M Blackwell<br>Jenine L Blackwell<br>J L Blackwell | **Address 1:**<br>2001 COLUMBIA AVE #APT D<br>ATLANTIC CITY, NJ 08401 | Atlantic City, NJ<br><br>See all addresses | Avg. Income:<br>$26,969<br><br>Avg. Home Value:<br>$87,500 |
| 3 | **Sean A Blackwell**<br><br>DOB: 08/25/1986<br><br>AGE: 22 Years Old<br><br>RELATIVES:<br>Mary A Blackwell<br>May Blackwell<br>Martin M Blackwell<br>M Blackwell<br>Martin/mary Blackwell | **Address 1:**<br>21 DARTMOUTH RD<br>MOUNTAIN LAKES, NJ 07046 | Mountain Lakes, NJ<br><br>See all addresses | Avg. Income:<br>$141,757<br><br>Avg. Home Value:<br>$904,100 |
| | **Sean D Blackwell** | | | |

## What is a People Search Report?

This section lists current and historical people search records that share the same name and state as your search subject. The People Search Summary can be helpful in providing a consolidated view of matching current and historical records for your subject's name across multiple public sources. Income & Home Value are compiled from property, demographic, census, & other public record sources. Income & Home Value may contain specific household and area statistics associated with an individual or address.

2/10/2008

| | | | | |
|---|---|---|---|---|
| 4 | **DOB:** 10/06/1986<br><br>**AGE:** 22 Years Old<br><br>**RELATIVES:**<br>Brenda D Blackwell<br>Thomas D Blackwell | **Address 1:**<br>504 LAURELWOOD DR<br>LANOKA HARBOR, NJ 08734 | Lanoka Harbor, NJ<br><br>See all addresses | **Avg. Income:** $66,928<br><br>**Avg. Home Value:** $129,000 |

**RELATED PEOPLE LOOKUPS**

- SHANE BLACKWELL
- SHAUN BLACKWELL
- SHAWN BLACKWELL
- S BLACKWELL

Page 3 of 3



## Your Transaction Was Successful.

Your Credit Card Will Reflect A **$6.90** Charge From **Intelius.**

Your Order # is **16086414.**

You may contact our customer support at **(888) 445-2727** with any questions.

# People Search Report - December 10, 2008

## Your Report Summary

Order #16086414

| Name: | Rene M Blackwell |
|-------|------------------|
| State: | NJ |

## Report Contents

- ■ People Search Report

# People Search Report

16086414



DCF54

## Expanded Search Results

■ We searched **Rene Blackwell** and found **4** records in **NJ**

| | Name | Address / Phone | Previous Cities | Avg. Income / Avg. Home Value |
|---|---|---|---|---|
| 1 | **Renee M Blackwell** <br><br> DOB: 09/12/1945 <br><br> **AGE:** 63 Years Old <br><br> RELATIVES: <br> Renee M Blackwell <br> Jenine L Blackwell <br> J L Blackwell <br> Sean D Blackwell | Address 1 Confirmed: 2001 COLUMBIA AVE #APT D ATLANTIC CITY, NJ 08401 (609) 347-7468 <br><br> Address 2: 2104 SENATE AVE ATLANTIC CITY, NJ 08401 (609) 347-7468 <br><br> Address 3: 309 ATLANTIC #D ATLANTIC CITY, NJ 08401 (609) 347-7468 | **Atlantic City, NJ** <br><br> See all addresses | Avg. Income: $26,969 <br><br> **Avg. Home Value:** $87,500 |
| 2 | **Rene N Blackwell** <br><br> DOB: 03/1962 <br><br> **AGE:** 46 Years Old <br><br> RELATIVES: <br> Renae N Blackwell | Address 1: 383 18TH PATERSON, NJ 07524 (330) 262-8737 <br><br> Address 2: 1043 PO BOX 1043 WYANDANCH, NY 11798 (631) 231-8874 <br><br> Address 3: PO BOX 1043 WYANDANCH, NY 11798 (631) 231-8874 | **Paterson, NJ** Brentwood, NY Wyandanch, NY <br><br> See all addresses | Avg. Income: $32,558 <br><br> **Avg. Home Value:** $136,200 |
| 3 | **Renee Blackwell** <br><br> RELATIVES: <br> Renee Blackwell | Address 1: 619 MILFORD, NJ 08848 <br><br> Address 2: RR 1 POB 168 OTTSVILLE, PA 18942 | **Milford, NJ** Ottsville, PA <br><br> See all addresses | Avg. Income: $70,876 <br><br> **Avg. Home Value:** $295,300 |
| | **Rene Blackwell** | | | Avg. Income: |

**What is a People Search Report?**

This section lists current and historical people search records that share the same name and state as your search subject. The People Search Summary can be helpful in providing a consolidated view of matching current and historical records for your subjects name across multiple public sources. Income & Home Value are compiled from property, demographic, census, & other public record sources. Income & Home Value may contain specific household and area statistics associated with an individual or address.

**What is Premium Confirmation Service?**

The Phone Numbers & Addresses listed in the report here were verified against public utility. All addresses and phone numbers WITH a verified



## Your Transaction Was Successful.

Your Credit Card Will Reflect A **$1.95** Charge From **Intelius**.

Your Order # is **16086507**.

You may contact our customer support at **(888) 445-2727** with any questions.

## People Search Report

https://www.intelius.com/search-detail-out.php?ReportType=1

12/10/2008

| | Name | Address / Phone | Previous Cities | Avg. Income / Avg. Home Value |
|---|---|---|---|---|
| 1 | **Shantae D Blackwell**<br><br>DOB:<br>05/18/1981<br><br>AGE: 27 Years Old<br><br>RELATIVES:<br>Jenine L Blackwell | Address 1:<br>828 BLACKWOOD CLEMENTON #82<br>PINE HILL, NJ 08021<br>(856) 968-0519 | Pine Hill, NJ<br><br>See all addresses | Avg. Income:<br>$41,160<br><br>Avg. Home Value:<br>$90,800 |
| 2 | **Shantae D Blackwell**<br><br>DOB:<br>05/18/1981<br><br>AGE: 27 Years Old<br><br>RELATIVES:<br>Raheem Blackwell<br>Tony Blackwell<br>Antonio Blackwell<br>S Blackwell | Address 1:<br>1409 BRAND AVE<br>CLEMENTON, NJ 08021<br><br>Address 2:<br>2532 MORGAN BLVD<br>CAMDEN, NJ 08104<br>(856) 756-0110<br><br>Address 3: | Clementon, NJ<br>Camden, NJ<br><br>See all addresses | Avg. Income:<br>$41,160<br><br>Avg. Home Value:<br>$90,800 |
| 3 | **Shantae D Blackwell**<br><br>DOB:<br>05/18/1981<br><br>AGE: 27 Years Old | Address 1:<br>820 32ND<br>CAMDEN, NJ 08105<br>(856) 968-0519 | Camden, NJ<br><br>See all addresses | Avg. Income:<br>$27,485<br><br>Avg. Home Value:<br>$46,500 |
| 4 | **Shantae Blackwell** | Address 1:<br>2553 8TH ST S #F-10<br>CAMDEN, NJ | Camden, NJ<br><br>See all addresses | -<br><br>- |

**What is a People Search Report?**

This section lists current and historical people search records that share the same name and state as your search subject. The People Search Summary can be helpful in providing a consolidated view of matching current and historical records for your subject's name across multiple public sources. Income & Home Value are compiled from property, demographic, census, & other public record sources. Income & Home Value may contain specific household and area statistics associated with an individual or address.

https://www.intelius.com/search-detail-out.php?ReportType=1                    12/10/2008

| | | | | |
|---|---|---|---|---|
| | **AGE:** 26 Years Old | | | |
| 5 | **Shantae Blackwell**<br><br>**DOB:** 05/18/1981<br><br>**AGE:** 27 Years Old | **Address 1:** 2532 MORGAN BLVD CAMDEN, NJ | Camden, NJ<br><br>See all addresses | **Avg. Home Value:** $20,100 |

**RELATED PEOPLE LOOKUPS**

- S BLACKWELL

Location: Morris East DYFS Office
          164 Speedwell Ave,
          Morristown, NJ

Date: July 15, 2009

Present:

State Investigator Nancy Scarafile
James Howell-Father of Ms. Howell

DV=State Investigator Dennis A. Villone
DH=Ms. Denine Howell

       Transcript of tape recorded telephone voice mail message from DYFS worker **Dolores Helb**, which was recorded on Ms. Denine Howell's cell phone.

DV:    This is a tape recorded telephone call from the cell phone of Denine Howell, which was on December 9th 2008.

        Ms. Howell would you play your recorded....

        **Note**: Ms. Howell then plays the recorded  voice mail message from her cell phone. Since she did not play the call on the speaker, the call was played and recorded twice. The second recording was played with the cell phone speaker on.  Below is the transcript of the second recorded voice mail message.

DH:    High Denine this is **Dolores Helb** at the Adoption Registry.  Today is ah Tuesday and I wanted to let you know that I did get a response from one of your siblings.  I wanted to give you a phone number where you could reach her.  I am going to try your office, in the event that I don't reach you give me a call at (609) 292-8816 I am here today until four. Tomorrow is my last day here with the registry so (inaudible) we will connect before then.  Bye, Bye.

VOLUNTARY STATEMENT

OF

DENINE HOWELL

This is a voluntary statement of Ms. Denine Howell. My name is Dennis A. Villone. I am a State Investigator with the New Jersey Division of Law. Also, present with me is State Investigator Nancy Scarafile, who is also with the New Jersey Division of Law. Additionally present is Ms. Howell's father, James Howell.

Today is day Wednesday, July 15 (2009) it is approximately 4:25 p.m..

We are with you today at the Morris East Office of the Division of Youth and Family Services, in Morristown, NJ at 164 Speedwell Avenue. Now I will ask you some identifying questions.

**DV**= State Investigator Dennis Villone.
**DH**= Denine Howell.

DV: Do you give this state voluntarily and of your own free will without coercion?

DH: Yes.

DV: What is your full name and spell your last name please?

DH: Denine Howell, D-E-N-I-N-E, Howell, H-O-W-E-L-L.

DV: What is your date of birth and social security number?

DH: 10/7/69, 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.

DV: Where do you reside?

DH: Morristown, NJ, 295 Martin Luther King Avenue.

DV: Are under the influence of alcohol or any drugs or prescription medication at this time?

DH: No.

DV: It is my understanding that you contacted DAG James Harris regarding one Renee Blackwell, is that correct?

DH: Yes.

DV:  Do you recall the date that you contacted Deputy Attorney General, which I will refer to him as DAG Harris?

DH: Um, I actually talked to him personally last Friday.  I had gone through a few people in order to get to him.  They were trying to figure out who was on the case. I spoke to him Thursday or Friday of last week.

DV:  Would you explain in full detail how you contacted him and why you contacted him?

DH: Um, I contacted him because I saw the article in the newspaper about Ms. Blackwell's lawsuit and I wanted to come forward with the information that as to how I found her identity and to show that the State of New Jersey did not reveal anything to me regarding her identity.  And in the article is says that DYFS was referring all comments to the Attorney General's Office so I called the Attorney General's Office.

DV: Which newspaper did you see this in?

DH: The Press of Atlantic City, the Philly News, and there was another one in that area and I forgot which one.

DV: Did you see them on line?

DH: Yes.

DV: When and how......I am assuming that you know that you were adopted.  Is that correct?

DH: Yes.

DV: When and how did you learn that you were adopted?

DH: My parents told me.  When I was about.......very young, very young.

DV:  Did you contact DYFS regarding your adoption?

DH: Yes.

DV: Okay!  Why did you do that?  When and whom did you speak with?

DH: I did that December 9, 2007.  I spoke with Barbara Parnes, who sent me the information and the reason why was that I just wanted to find my biological family.  Just to start a search.

DV: What type of information did she send you?

DH: She sent me the application with instructions.  And that's all she sent me.

DV: What type of application is that?

DH: The Adoption Registry Application and a cover letter with the instructions.

DV: Is that one of the documents that you provided to me today?

DH: Yes.

DV: And what did this, Parnes is it?

DH: Yes.

DV: What did she, ah, How did she explain what you had to do?

DH: In the cover letter it just says that I can either ask for non identifying summary of facts regarding my adoption or search for a family member. She says I need to specify that on my application and provide any information that I had that could help them do the search and I had to prove, show proof of identity.

DV: Did you submit that application to her?

DH: Yes.

DV: And did she contact you after you submitted it and give you any information whatsoever?

DH: She contacted me on December 3 and said that my sister that she had a phone number for my sister and that my sister wanted to be contacted. Initially she said that the letter was going out to my mom, in August, when I had called about (inaudible) she said it takes about six months, so I called her back in August.

DV: Of which year?

DH: Oh, I'm sorry, 2008.

DV: What is your sister's name...? Let me start that again. She said that your sister wanted to contact you?

DH: Yes.

DV: Is that your biological sister?

DH: Yes.

DV: And did she give you her name or any way for you to contact her?

DH: My sister, when she contacted Ms. Parnes, she said that she wanted Ms. Parnes to give me her phone number and for me to give her a call, but not her address, which Ms. Parnes wouldn't give me anyway. So I had her phone number and her name. That's what Ms. Parnes gave me.

DV: Did you attempt to contact your sister?

DH: After that time, yes I did.

DV: What her name?

DH: Jenine.

DV: Did you have any success in speaking with her when you tried to contact her?

DH: Initially no. Whatever cell phone service, I found out later, she had, I called from this area, because she is from south Jersey, couldn't go through. So I did that for about a week or so, I was trying to get in contact with her, it was unsuccessfully.

DV: Why....When you didn't contact her did you do anything else in order to try and locate her or your biological mother?

DH: I took her name and I went on line and I just did a search. I just started cross referencing information, and that's how I figured out that Ms. Blackwell was my biological mom.

DV: Do you....Do you know what type of searches you did?

DH: Zaba.

DV: Excuse me!

DH: Zaba search dot com.

DV: Zaba?

DH: Yes.

DV: Okay! That's Z-A-B-A I believe?

DH: Yes, and they go through a system called Intelius. When you go through Zaba and you print a report out it goes through Intelius.

DV: Now the searches that you did, did you do them just on your biological mother, Renee Blackwell or did you also do them on your sister?

DH: No! I didn't know my mom's name, so I did it on my sister. I had know idea who my mom

was, so I did the search on my sister to try to figure out, if the number was wrong or whatever, so I did the search on my sister and when you do the search relatives come up and kinda have to, the relatives come up on the side so you kinda have to do a little bit of playing around and futzen around with to try to put the information together, so once I kinda put two and two together I then did a search on Renee to see if it cross referenced  Jenine.

DV: Is Jenine's last name Blackwell also?

DH: Yes.

DV: I didn't know whether she was married, that is why asked.

DH: Her name....She was married at one point, but her name is Blackwell, Yes.

DV: Now once you obtained the information from the search, what did you do with it?

DH: That was on December 13, I thought about it for a while.

DV: Which year?

DH: I'm sorry, 2008.  I thought about it for a while and I had a bunch of, since my sister wanted to be contacted, there was one specific address that had, you know, coming up or whatever, and I was just playing with it.  So I just took a stab in the dark and I went to that address.

DV: Do you know what,  you recall the address?

DH: Oh yeah, sure. (pause) Ah, 201 Columbia Avenue, Atlantic City, New Jersey.

DV: Now is that your sister's address?

DH: That address came up from my sister's (inaudible) confirmed address, Apartment D is her confirmed address. Yes, and also for, who I thought to be my brother.  I wasn't sure at that time, but it turns out that it was.

DV: What's your brother's name?

DH: Sean D. Blackwell.

DV: Do you remember or recall when you went, what date you went to?

DH: December 13.

D.V.: Of 2008?

DH: 2008, I'm sorry.

DV: When you went there, approximately what time of day was that?

DH: In the afternoon, had to be about 2 or 3.

DV: And what was the result?

DH: (inaudible) My mom came to the door.

DV: Did you know that she was there?

DH: No, that was not what, no I had no idea that she was there.

DV: And,

DH: Because she has various addresses also too. Like, you get a bunch of addresses and you don't, you don't know.

DV: And what was the conversation when you met with your mother?

DH: Um, (inaudible) when she opened the door I kinda knew that's who it was because facially we resemble each other. I just asked her if, who she was and I asked her if she had given a child up for adoption and she said yes. She verified who she was. She said yes and I told I thought that maybe I was that, you know, that child and then she stated the reasons why, the reason why she gave me up for adoption and that was pretty much it.

DV: What reason was that?

DH: She said that she was raped.

DV: Since that day, December 13 of 2008, have you had any contact with your mother or your sister since then?

DH: My sister and I have a relationship. My mother, no. Since that incident when she said I let her know at that point that she would never, I apol....you know, I'm sorry you will never hear from me again, I didn't come here for that, you know, and I made that known when I left. So no.

DV: Did she tell you that she didn't want to have any contact with you?

DH: No, but the way the conversation went it was very well inferred and the message was given and the message was received.

DV: Just to be clear, did DYFS release any of that information to you at all?

DH: No, no, no. DYFS just gave me Jenine's name because Jenine responded and she wanted to be contacted. I being the person I am, I did the rest all by myself. Ms. Parnes did nothing at all.

DV: Investigator Scarafile, do you have any questions?  (Investigator Scarafile nods her head no).

DV: Is there anything that you would like to add to this statement?

DH: No.  When Ms. Parnes talked on the phone, Ms. Parnes, she asked me had I gone there?  I told her no because I was afraid, but I was afraid (inaudible).

DV: Okay, when was that?

DH: That was the same day on  December 15, my sister was on the phone wondering why I hadn't contacted her, the day that my mom was on the phone and the day that I was on the phone trying to get in touch with my sister.

DV: December 15, you saying?

DH: Yes.

DV: Okay, but you went to see your mother on the thirteenth.

DH: On the 13th.  Yes, I still hadn't gotten in touch with my sister yet.  That's the reason.  I had left a message with Ms. Panes about a week before on her voice mail.  So my sister was wondering why I hadn't contacted her and I thought I had the wrong number, so we're both going back and forth with the phone number thing and Ms. Blackwell was on the other line upset about the encounter, the encounter on that Saturday.

DV: Okay, and that's December 15 of 2008?

DH: Yes.

DV: This completes the statement, your statement.  The time is 4:38 p.m. on July 15, 2009, unless you have anything else you would like to add?

DH: Do you want to hear the message from the State to me?

DV: Yes I would.

DH: Okay.

DV: Let me just turn this off.

**Note**: The message is a voice mail message that was previously recorded on the cell phone of Ms. Howell.  This message was played and recorded on a separate cassette tape.