# EXHIBIT G

1

JENINE BLACKWELL

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

(Camden Vicinage)

```
RENEE BLACKWELL,                  : CIVIL ACTION
          Plaintiff               :
    vs                            :
STATE OF NEW JERSEY               :
    and                           :
NEW JERSEY DEPARTMENT OF          :
CHILDREN AND FAMILIES,            :
DIVISION OF YOUTH AND             :
FAMILY SERVICES                   :
    and                           :
CHRISTINE MOZES,                  :
INDIVIDUALLY AND IN HER           :
OFFICIAL CAPACITY AS              :
DIRECTOR OF DIVISION OF           :
YOUTH AND FAMILY SERVICES         :
    and                           :
KIMBERLY RICKETT [sic],           :
INDIVIDUALLY AND IN HER           :
OFFICIAL CAPACITY AS              :
COMMISSIONER OF NEW JERSEY        :
DEPARTMENT OF CHILDREN AND        :
FAMILIES                          :
    and                           :
DOLORES HELB, INDIVIDUALLY        :
AND IN HER OFFICIAL               :
CAPACITY AS AN EMPLOYEE OF        :
NEW JERSEY DEPARTMENT OF          :
CHILDREN AND FAMILIES             :
    and                           :
DEBRA BOEHME, INDIVIDUALLY        :
AND IN HER OFFICIAL               :
CAPACITY AS AN EMPLOYEE OF        :
NEW JERSEY DEPARTMENT OF          :
CHILDREN AND FAMILIES             :
    and                           :
```

*Condensed*

## Page 2

```
 1              JENINE BLACKWELL
 2  BARBARA PARNES,              :
    INDIVIDUALLY AND IN HER      :
 3  OFFICIAL CAPACITY AS AN      :
    EMPLOYEE OF NEW JERSEY       :
 4  DEPARTMENT OF CHILDREN       :
    AND FAMILIES                 :
 5       and                     :
    JOHN DOES 1-10,              :
 6       Defendant s : NO. 3:09-CV-03004
 7       Oral deposition of JENINE BLACKWELL,
 8  taken at the law offices of Weisberg Law, P.C.,
 9  7 South Morton Avenue, Morton, Pennsylvania, on
10  Thursday, March 11, 2010, beginning at
11  11:00 a.m. before Judi Y. Olsen, Registered
12  Professional Reporter and Notary Public.
13  APPEARANCES:
14      WEISBERG LAW, P.C.
        BY: GRAHAM F. BAIRD, ESQUIRE
15      7 South Morton Avenue
        Morton, Pennsylvania 19070
16      (610) 690-0801
        gbaird@weisberglawoffices.com
17
        -- Representing the Plaintiff
18
```

## Page 3

```
 1              JENINE BLACKWELL
 2  APPEARANCES (continued):
 3      STATE OF NEW JERSEY
        DEPARTMENT OF LAW & PUBLIC SAFETY
 4      DIVISION OF LAW
        BY: KAREN L. JORDAN, ESQUIRE
 5      Section Chief, Tort Litigation Section
        R.J. Hughes Justice Complex
 6      25 Market Street
        Trenton, New Jersey 08625-0116
 7      (609) 984-2924
        Karen.Jordan@dol.lps.state.nj.us
 8
        -- Representing the Defendants,
 9         State of New Jersey; New Jersey
           Department of Children and Families,
10         Division of Youth and Family
           Services; Christine Mozes; Kimberly
11         Ricketts; Debra Boehme; Barbara
           Parnes; and John Does 1-10
12
13      CONNOR, WEBER & OBERLIES
        BY: MICHAEL S. MIKULSKI, II, ESQUIRE
14      236 West Route 38, Suite 200
        Moorestown, New Jersey 08057
15      (856) 780-3800
        mmikulski@cwolaw.com
16
        -- Representing the Defendant,
17         Dolores Helb
18  ALSO PRESENT:
19      Renee Blackwell
20              * * *
```

## Page 4

```
 1              JENINE BLACKWELL
 2               I N D E X
 3  WITNESS: Jenine Blackwell
 4  QUESTIONED BY:              PAGE
 5  Ms. Jordan                    8
    Mr. Mikulski                 25
 6  Mr. Baird                    35
 7
 8
 9            E X H I B I T S
                       MARKED
10  NUMBER    DESCRIPTION         FOR ID
11
12  JB-1   Letter from            26
           Dolores Helb to
           Ms. Jennine [sic]
13         Blackwell, dated
           12-01-08
```

## Page 5

```
 1              JENINE BLACKWELL
 2          DEPOSITION SUPPORT INDEX
 3  INSTRUCTIONS NOT TO ANSWER:
 4  Page Line
 5  (None)
 6  REQUEST FOR PRODUCTION:
 7  Page Line    Description
 8  (None)
 9
    STIPULATIONS:
10
    Page Line
11
       6  2-8
12
13  QUESTIONS MARKED:
14  Page Line
15  (None)
```

**Page 6**

```
 1            JENINE BLACKWELL
 2        (It is hereby stipulated and
 3   agreed by and among counsel for the
 4   respective parties that sealing,
 5   certification, and filing are waived
 6   and that all objections, except as to
 7   the form of the question, be reserved
 8   until the time of trial.)
 9        MR. BAIRD: Jenine, my name is
10   Graham Baird, and I represent your mom,
11   Renee, in a lawsuit that she's brought
12   against the State of New Jersey.
13        We -- the attorneys were just
14   having a conversation in the room about
15   reading and signing. As you can see,
16   the court reporter is taking down
17   your -- everything that I've been
18   saying so far, and she's also going to
19   be recording what you say. Okay?
20        After she's done recording it,
21   in a couple weeks, she will prepare a
22   transcript of everything that has been
23   said in this room. Okay?
24        THE WITNESS: Uh-huh.
25        MR. BAIRD: You were just sworn
```

**Page 7**

```
 1            JENINE BLACKWELL
 2   in under oath, and while there is no
 3   jury or judge in the room, anything
 4   that you say is under oath, and it
 5   can -- it has the same force and effect
 6   as if you were testifying before a
 7   judge. Okay?
 8        We were talking about reading
 9   and signing. After she -- after the
10   court reporter prepares the transcript,
11   you will have the opportunity to review
12   the transcript to make sure that
13   everything you said in the transcript
14   is the truth to the best of your
15   knowledge. Okay?
16        And, then, at the end of the
17   transcript, you will be presented with
18   an errata sheet and a signature page.
19   And, basically, it will have lines on
20   it where you can -- if you find errors
21   in the transcript that you want to
22   change --
23        THE WITNESS: Oh, okay.
24        MR. BAIRD: -- you can write in
25   what -- either a typographical error or
```

**Page 8**

```
 1            JENINE BLACKWELL
 2   some other error in -- in what you
 3   said. And then at the end, you sign it
 4   to verify that the transcript is true
 5   and correct.
 6        THE WITNESS: Okay.
 7        MR. BAIRD: The other attorneys
 8   in the room now will have some
 9   instructions and questions for you as
10   well.
11        JENINE BLACKWELL, after having
12   been first duly sworn, was examined and
13   testified as follows:
14                  * * *
15             EXAMINATION
16                  * * *
17   BY MS. JORDAN:
18        Q.   My name is Karen Jordan. I'm
19   the Deputy Attorney General, and I represent
20   the State defendants in this lawsuit.
21        A.   Uh-huh.
22        Q.   This is a lawsuit by your mother
23   against the State about her biological
24   daughter's attempts to contact her --
25        A.   Uh-huh.
```

**Page 9**

```
 1            JENINE BLACKWELL
 2        Q.   -- and the rest of the family.
 3        A.   Uh-huh.
 4        Q.   So I'll be asking you questions
 5   about what you may know about the facts in the
 6   case.
 7        A.   Okay.
 8        Q.   Your testimony is under oath.
 9   It has the same force and effect as if you were
10   in a courtroom, and your deposition can be used
11   later in the case. It's your sworn testimony,
12   and that is why it's important to review the
13   transcript and make sure it's -- your testimony
14   is correct.
15        A.   Okay.
16        Q.   If you don't understand any
17   questions that I ask you, please tell me that,
18   and I'll rephrase them.
19        A.   Okay.
20        Q.   If you don't hear me, please
21   tell me that, and I'll speak up.
22        If you go ahead and answer the
23   question, it will be assumed that you did
24   understand it and hear it --
25        A.   Okay.
```

10

JENINE BLACKWELL

1
2   Q.   -- and were answering it.
3       If you -- if you don't know an
4   answer but you can reasonably estimate the
5   answer, I would like you to do that. But
6   please don't guess or speculate. If you just
7   don't know, tell me that.
8       And all your answers do have to
9   be audible. They have to be out loud, because
10  the court reporter can't take -- take down nods
11  or --
12  A.   Uh-huh.
13  Q.   -- you know, shakes of your
14  head.
15  A.   Yes.
16  Q.   Okay. I'm going to go ahead and
17  start the deposition now.
18       When did you first learn that
19  your adopted sibling was looking for her
20  family?
21  A.   December of '08. I don't know
22  the -- I don't remember the specific day. I
23  got the mail.
24  Q.   And how did that happen?
25  A.   I had a letter in the mail --

11

JENINE BLACKWELL

1
2   Q.   Who was --
3   A.   -- from the State.
4   Q.   Okay.
5   A.   The State agency name, I don't
6   remember.
7   Q.   And what did the letter say?
8   A.   A sibling of Renee Blackwell, I
9   believe, was trying to contact me. And it gave
10  me options as to how to give that -- how to
11  have her contact me, whether it be address,
12  phone number, both, or nothing at all. I
13  believe they were options.
14       I don't know the base of
15  everything the letter stated. I don't remember
16  that. But it did say that a sibling of Renee
17  Blackwell was trying to contact me.
18  Q.   Now, you're saying, "a sibling
19  of Renee Blackwell." Was it --
20  A.   Or kin.
21  Q.   -- your sibling?
22       Oh, that's another thing I
23  didn't say. If we're both talking, the court
24  reporter can't --
25  A.   Okay.

12

JENINE BLACKWELL

1
2   Q.   -- manage to get everything
3   down.
4   A.   Excuse me. Sorry.
5   Q.   You didn't know.
6   A.   Okay.
7   Q.   When you're -- you're saying, "a
8   sibling of Renee Blackwell." A sibling is a
9   sister or brother. Do you mean to say a child
10  or your sibling?
11  A.   I mean to say what the letter
12  said. I can't specify what -- what term --
13  what person they were naming in that phrase --
14  Q.   Okay.
15  A.   -- but they used sibling or kin
16  in the letter. Now, I'm not too sure if they
17  were talking of her relatives or -- or -- I
18  don't -- they sent me the letter. So I'm
19  thinking the State knows who they're sending
20  the letter to.
21  Q.   What did you do when you got the
22  letter?
23  A.   Nothing. Just read it.
24  Q.   Did you pick any of the options
25  in the letter?

13

JENINE BLACKWELL

1
2   A.   Uh-huh. My phone number, my
3   cell phone only.
4   Q.   Did you talk to anyone at the
5   State about the letter?
6   A.   Yes, I did.
7   Q.   Who was that?
8   A.   I don't remember her name.
9   Q.   And when was it?
10  A.   I would -- I would -- I would
11  say the end of December. Yes, I would -- I
12  would say the end of December. I don't
13  remember the specific date or time in that --
14  in that month, but I would say, if not the end
15  of December, early January.
16  Q.   And what was the conversation?
17  A.   Basically, I sent the
18  information, because I really didn't believe,
19  you know, the letter. I wanted to make sure
20  that was the purpose of the letter. So I
21  called the number on the letter. It may have
22  been Claire. I'm not sure, so I don't really
23  want to give out names.
24       But I wanted to make sure that
25  that information and what they were sending

4 (Pages 10 to 13)

14

```
 1         JENINE BLACKWELL
 2   that letter for -- what it was for, and what --
 3   what -- what was the process/procedure after I
 4   gave the information on the letter.
 5       Q.   I think you said that you -- you
 6   didn't trust the letter or something to that
 7   effect.
 8       A.   No, I didn't say I didn't trust
 9   it. I said I wanted to make sure that that was
10   the purpose of the letter and to find out the
11   process after I gave the information on the
12   letter. After I gave my cell phone, what
13   exactly is the process? Does it go back to the
14   State? Does it go to her? I was just finding
15   out. I wanted to make sure that everything was
16   legitimate.
17       Q.   Can you tell -- say more about
18   what you mean about everything being
19   legitimate?
20       A.   They -- there really wasn't
21   anything to expect after I gave that
22   information. Who wanted the information? You
23   know, I didn't know who I was sending that
24   letter to or anything of that nature. So I
25   wanted to call and find out who exactly was
```

15

```
 1         JENINE BLACKWELL
 2   handling the case, I guess, and what was I to
 3   expect after I did what I did?
 4       Q.   Okay. I understand. Is that
 5   what you discussed with the person on the
 6   phone --
 7       A.   Uh-huh.
 8       Q.   -- the person at the State?
 9       A.   Yes.
10       Q.   And what -- what did they tell
11   you?
12       A.   They said that my sister
13   couldn't get through on my phone.
14            Excuse me. I called a couple of
15   times on different dates, and I think I left
16   messages. It may have been phone tag in the --
17   in the span of three days. But I -- I left
18   messages.
19            I spoke with a lady. The one
20   lady had not come back to the office yet, which
21   was one of the first phone calls. The one lady
22   had not come in. She may have been on
23   vacation. I don't remember everything about
24   that. But there wasn't a lady -- there was a
25   lady that was not there.
```

16

```
 1         JENINE BLACKWELL
 2            Then the one lady that did
 3   answer the phone told me that she was the only
 4   one handling all the calls and she was quite
 5   busy or something and she would try to have
 6   someone get back to me.
 7            And then when I called and had
 8   the initial longer conversation, she -- I told
 9   her -- she explained to me that my sister
10   wasn't able to get through on the phone and
11   things of that nature.
12            And -- and I told her -- I think
13   she either -- I'm not too sure if we exchanged
14   phone numbers at that point; I got her
15   number -- I think I may have gotten her number,
16   or she just tried to call me, or something like
17   that. I don't remember how that went.
18       Q.   And ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
19   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓?
20       A.   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
21   ▓▓▓▓ She couldn't --
22       Q.   Did she tell you anything about
23   her adoption or her birth?
24       A.   No. The lady on -- no.
25       Q.   Anything else about Denine?
```

17

```
 1         JENINE BLACKWELL
 2       A.   No. She just said that she was
 3   trying to call.
 4       Q.   And did you have another
 5   conversation after that with someone from the
 6   State?
 7       A.   I don't remember.
 8       Q.   Did you receive any more letters
 9   from the State?
10       A.   No.
11       Q.   Any emails?
12       A.   They don't have my email
13   address, not that I know of.
14       Q.   And you didn't send any to them?
15       A.   No, huh-uh.
16       Q.   Did you send them any letters?
17       A.   Huh-uh.
18       Q.   So what happened next, after
19   either you gave the State the phone number or
20   someone gave Denine the phone number? What
21   happened next?
22       A.   I talked to my sister at that
23   point. We were communicating by phone.
24       Q.   When you say, your sister, you
25   mean Denine?
```

## Page 18

```
 1              JENINE BLACKWELL
 2      A.    Denine, uh-huh. I'm sorry.
 3      Q.    And when did you first talk to
 4 her?
 5      A.    I don't remember, but I will say
 6 either the end of '08 or the beginning of '09.
 7      Q.    Uh-huh.
 8      A.    Sorry I don't have a date. It's
 9 been a year -- over a year.
10      Q.    And how often do you see her?
11      A.    I haven't since Memorial Day
12 weekend.
13      Q.    Okay. How many times did you
14 see her between December '08 and Memorial Day?
15      A.    I'll -- I'll say three.
16      Q.    Okay. Did you have any
17 conversations with your mother about Denine?
18      A.    Conversation -- at what point?
19 Are you talking before I saw my sister?
20      Q.    Ever.
21      A.    No, not -- not up until -- not
22 before I met my -- known about my sister, no.
23      Q.    So not before December of '08?
24      A.    Before the letter came from the
25 State, I didn't have any conversation about my
```

## Page 19

```
 1              JENINE BLACKWELL
 2 sister.
 3      Q.    Okay, okay. How about after the
 4 letter came? Did you have a conversation with
 5 your mother?
 6      A.    No. I sent her an email.
 7      Q.    When did you send the email?
 8      A.    Don't remember.
 9      Q.    Did you send it right around
10 that time, or was it later?
11      A.    Nope. It was maybe February or
12 March. Maybe. I'm sorry. I don't remember.
13      Q.    I'm going to show you a string
14 of emails that's been marked RB-1 and ask you
15 to look at the last page.
16      A.    This one you want me to look at
17 (indicating)?
18      Q.    Yes.
19      A.    I'm sorry. Read the whole --
20 okay. This section here you want me to read
21 (indicating)?
22      Q.    Yes, ma'am.
23      A.    Okay, right. I sent my mom an
24 email. Okay.
25      Q.    Yes, this full email.
```

## Page 20

```
 1              JENINE BLACKWELL
 2      A.    Okay.
 3      Q.    Is that the first contact you
 4 had with your mother --
 5      A.    About that issue?
 6      Q.    -- about it?
 7      A.    I believe so. That's May,
 8 Memorial Day? To my knowledge, I believe so,
 9 yes.
10      Q.    Did you have any phone calls or
11 conversations with her before that?
12      A.    I don't think so. It was kind
13 of hard for my mom to talk about it, so I kind
14 of just sent the email as, I guess, a way of
15 saying, I know about it, and it's no -- it's no
16 big deal to me. I mean --
17      Q.    How did you know it was hard for
18 your mom to talk about it?
19      A.    She was quiet. She -- she knew
20 I knew. The State told her, I think, that my
21 sister contacted me, and so she knew that I
22 knew. So she was quiet about it. She didn't,
23 you know, come to me with it. So -- I mean,
24 that would be a hard thing to talk about.
25      Q.    Well, you said you didn't have
```

## Page 21

```
 1              JENINE BLACKWELL
 2 any discussions at all with her until that
 3 email.
 4      A.    Uh-huh.
 5      Q.    So I'm trying to understand how
 6 you knew she was upset --
 7      A.    That's my mom.
 8      Q.    -- how you knew she knew about
 9 it.
10      A.    My sister told me. I was
11 talking to my sister. This was in May, and I
12 was talking to my sister, and I saw my sister
13 probably before that email. And so my sister
14 explained to me that she went to my mother's
15 house.
16      Q.    Okay. And what did she tell you
17 about that?
18      A.    She said she went there and my
19 mom wasn't very receptive.
20      Q.    What -- what did -- did she tell
21 you anything more about that encounter?
22      A.    (Shakes head.)
23      Q.    Did she tell you when it was?
24      A.    I -- I believe it was the
25 Saturday before the Tuesday we talked. The day
```

6 (Pages 18 to 21)

**Page 22**

```
 1            JENINE BLACKWELL
 2   of -- the day of -- the month that was, I can't
 3   remember. She went down there on a Saturday,
 4   because I think I was at Woodbridge Mall when
 5   she was in Atlantic City.
 6      Q.   Do you know what month --
 7      A.   Actually, you know what? That's
 8   all Christmas, because we went to the
 9   Woodbridge Mall for Christmas. So I would have
10   been at Woodbridge, and that would have been
11   December that I talked to my sister.
12      Q.   Okay. And at that time, she had
13   already been to see your mother --
14      A.   Yes.
15      Q.   -- at her home?
16      A.   Yes.
17      Q.   Did she tell you whether she
18   went there alone?
19      A.   She went with a boyfriend and
20   another couple in the car.
21      Q.   Okay. What was that person's
22   name, the boyfriend?
23      A.   Steven is his name.
24      Q.   Do you know his last name?
25      A.   No, I don't, huh-uh.
```

**Page 23**

```
 1            JENINE BLACKWELL
 2      Q.   Did you ever talk to your mother
 3   about it at any time?
 4      A.   Just saying, again, after I
 5   talked to my sister?
 6      Q.   After, yes.
 7      A.   I sent the email. My mom -- we
 8   might have had one phone call about the whole
 9   procedure maybe. Let me just try to think,
10   because I don't want to -- I don't --
11           We might have had one phone
12   call. I really -- yeah, I think it was more
13   about the State than my sister.
14      Q.   And what was the -- what was
15   that conversation, your side and her side?
16   What did she say? What did your mom say to
17   you?
18      A.   She just said that they really
19   shouldn't have -- I really can't tell you
20   exactly what she said, because that was a long
21   time ago. You said you don't want a
22   guesstimate. Well, she said -- I don't know
23   what to tell you. [redacted]
24   [redacted]
25      Q.   And what did she say about the
```

**Page 24**

```
 1            JENINE BLACKWELL
 2   State?
 3      A.   It shouldn't have happened.
 4      Q.   Did she say anything about how
 5   the pregnancy occurred?
 6      A.   Not to me, no.
 7      Q.   Okay. [redacted]
 8   [redacted]
 9   [redacted]
10      A.   [redacted]
11   [redacted]
12      Q.   Do you know anything about a
13   piece of paper with your mom's address on it
14   and the State -- that the State would have
15   given to Denine? Do you know anything about
16   that?
17      A.   Huh-uh. [redacted]
18   [redacted]
19   [redacted]
20      Q.   [redacted]
21      A.   [redacted]
22   [redacted]
23      Q.   That's right.
24      A.   -- that -- we had that phone
25   exchange through the letter. That was all.
```

**Page 25**

```
 1            JENINE BLACKWELL
 2   That's the only paper I know about.
 3      Q.   Where were you living at that
 4   time?
 5      A.   I lived at 19-B Franklin Drive,
 6   Maple Shade at that time and now.
 7           MS. JORDAN: Okay. I think
 8       that's all I have, but Mr. Mikulski
 9       will have some questions for you.
10           THE WITNESS: Okay.
11              * * *
12           EXAMINATION
13              * * *
14   BY MR. MIKULSKI:
15      Q.   Good morning.
16      A.   Good morning.
17      Q.   My name is Mike Mikulski, and I
18   represent Dolores Helb in this lawsuit.
19      A.   Oh, okay.
20      Q.   I'm going to show you a
21   document, which we'll mark as --
22      A.   Me? Okay.
23      Q.   I'll give it -- you -- I'll give
24   it to the court reporter first.
25      A.   Okay.
```

```
                                          26
                JENINE BLACKWELL
 1
 2      Q.    I'm sorry.
 3            MR. MIKULSKI:  How about J --
 4  BY MR. MIKULSKI:
 5      Q.    Jenine, with a J, correct?
 6      A.    J.
 7            MR. MIKULSKI:  -- JB-1.
 8                    * * *
 9            (Whereupon, Exhibit JB-1 was
10      marked for identification.)
11                    * * *
12            MR. MIKULSKI:  This was part of
13      plaintiff's disclosures.
14            MR. BAIRD:  Okay.
15  BY MR. MIKULSKI:
16      Q.    Jenine, could you review that
17  just for a moment and let me know when you're
18  ready to answer a question about it?
19                    * * *
20            (Pause)
21                    * * *
22      A.    Okay.
23      Q.    Is ~~this the letter you received~~
24  ~~from the State that you were talking about~~
25  ~~earlier?~~
```

```
                                          27
                JENINE BLACKWELL
 1
 2      A.    ~~Yes.~~
 3      Q.    And as far as you know, ~~is this~~
 4  ~~the only letter you ever received from the~~
 5  ~~State?~~
 6      A.    ~~Yes.~~
 7      Q.    ~~The woman whose signature is at~~
 8  ~~the bottom is Dolores Helb.  Have you ever~~
 9  ~~spoken with her?~~
10      A.    ~~I can't say for sure.~~
11      Q.    Okay.
12      A.    These are the names that I can
13  remember with the phone number.  I had -- I
14  called the number.
15      Q.    Okay.  Can you tell me what you
16  can recall about your conversation with
17  Ms. Helb?
18      A.    I don't think this -- I think
19  this was the woman that was not in the office.
20      Q.    Okay.
21      A.    And I think someone answered her
22  calls.  I think I did speak with her, and I
23  think that the initial conversation -- again,
24  I'm not sure --
25      Q.    Okay.
```

```
                                          28
                JENINE BLACKWELL
 1
 2      A.    -- what conversations I had, but
 3  I think I did speak to her.
 4      Q.    When you gave them your cell
 5  phone number, was it -- did you call them to
 6  give them the number --
 7      A.    No.
 8      Q.    -- or did you send --
 9      A.    I think there is another piece
10  of paper that goes with this.  But I sent it
11  in.
12      Q.    Okay.  ~~You returned the~~
13  ~~questionnaire in?~~
14      A.    ~~Right.~~
15      Q.    All right.
16      A.    ~~with the phone number on~~
17  ~~there.~~
18      Q.    ~~Is that handwriting yours, where~~
19  ~~it says --~~
20      A.    ~~This is mine, I gave phone only.~~
21      Q.    ~~Okay.~~
22      A.    I wanted to keep that for
23  myself.
24      Q.    Okay.  And do you recall if in
25  any of your conversations, they were with
```

```
                                          29
                JENINE BLACKWELL
 1
 2  Ms. Helb, or do you think it was someone else
 3  because she wasn't available?
 4      A.    At first, she wasn't available.
 5  And I do believe I spoke with her, whether I --
 6  you know, because there are other ladies, and
 7  someone might have taken the call, and -- if
 8  they knew about it.  But her name was on there,
 9  so I'm imagining -- or I'm going to say I spoke
10  with her at some point.
11      Q.    Okay.  And you -- but you don't
12  remember the specifics of that conversation
13  with her as opposed to someone else?
14      A.    No, sir, I don't.
15      Q.    All right.  Is Sean Vernon your
16  son?
17      A.    Uh-huh.
18      Q.    And -- was that yes?
19      A.    Yes.  I'm sorry.  Yes.
20      Q.    That's okay.
21            And has Sean -- I'm going to say
22  Sean Vernon just to differentiate from Sean,
23  because in writing, it's going to be S-e-a-n
24  either way.
25      A.    Yes.
```

```
                                              30
1              JENINE BLACKWELL
2       Q.     ~~Did Sean Venton ever tell you~~
3   ~~that he knew how Denine found your mother?~~
4       A.     ~~No. No, he didn't.~~
5       Q.     Okay.  And you have not seen
6   Denine since Memorial Day 2009?
7       A.     Seen, no.
8       Q.     Have you spoken to her?
9       A.     Yes.
10      Q.     Okay.  Did you go to your
11  brother's candlelight vigil in Atlantic City?
12      A.     No, I didn't.
13      Q.     Do you know if your son has
14  continued to speak with Denine?
15      A.     Yes, he has.
16      Q.     Have you had conversations with
17  your son about Denine?
18      A.     Uh-huh.
19      Q.     And have any --
20      A.     Yes.
21      Q.     ~~And have any of those~~
22  ~~conversations involved how Denine found your~~
23  ~~mother?~~
24      A.     Huh-uh, no, sir, because -- no.
25  No.  We haven't -- no, I explained to him who
```

```
                                              31
1              JENINE BLACKWELL
2   she was.
3       Q.     Okay.
4       A.     I thought I told him who she
5   was.
6       Q.     Okay.
7       A.     Now, whether he knew her before
8   me, I don't know.
9       Q.     Have you had any conversations
10  with your grandmother about how Denine found
11  your mother?
12      A.     No, not at all.
13      Q.     Have you witnessed any emotional
14  or -- or psychological difficulties from your
15  mother because of Denine being back in her
16  life?
17      A.     Actually, I have.  Some.
18      Q.     Can you tell me about those,
19  please?
20      A.     I think she feels heavy.  I
21  think my mom feels heavy, quite disturbed.  And
22  I don't mean violent, in any sense of the word,
23  but I think she's bothered.  I really do.  And
24  I -- I don't -- you know, at first,
25  embarrassment or shame -- I don't really know
```

```
                                              32
1              JENINE BLACKWELL
2   the emotional -- we never spoke about any
3   emotional, but I -- I use -- I'm used to
4   hearing my mom talk, and when she has a certain
5   volume or certain words, then she's upset.  So
6   she has been upset.
7       Q.     Have you ever seen the Complaint
8   in this lawsuit?
9       A.     No.  Paper-wise?
10      Q.     Yes.
11      A.     No.
12      Q.     Have you had any conversations
13  with your mother specifically about the
14  lawsuit?
15      A.     No.  I've told her if I could
16  help her in any way -- I don't have any
17  documents, just the letter I had.  I sent her
18  the copy, and that was it.
19             I think she had spoken about the
20  lawyer.  And she was on her way here, and
21  something happened with people calling her and
22  not calling her, and she came up here or went
23  somewhere for nothing and -- that was the time
24  she had to come for a meeting.
25      Q.     Okay.
```

```
                                              33
1              JENINE BLACKWELL
2       A.     Other than that --
3       Q.     Do you have -- I'm sorry if you
4   answered this already.  ~~Do you have any~~
5   ~~information on how Denine found your~~
6   ~~mother/parents?~~
7       A.     ~~No, I don't.  I thought that~~
8   ~~came from the State, actually.~~
9       Q.     And can you tell me, what made
10  you think it came from the State?
11      A.     Because they sent me a letter.
12  They sent me a letter.  I don't know -- I don't
13  know if they just -- I don't really know
14  what -- what the procedure is for the
15  situation, if they contacted my mom and didn't
16  reach her.  I don't -- I just assumed.  I'm
17  assuming that that's -- that's where it came
18  from.  I didn't -- ~~she had already seen my mom~~
19  ~~when I talked to her.~~
20      Q.     Okay.
21      A.     ~~So I don't know where she got~~
22  ~~the address from,~~ but -- maybe that was a dumb
23  thing to say, but I don't remember -- ~~I don't~~
24  ~~know how she got that address.~~
25      Q.     ~~Denine didn't tell you she was~~
```

### Page 34

JENINE BLACKWELL

2 ~~going to your mother's house?~~
3  A.  I didn't -- I talked to her
4 after. She wouldn't have been able to tell me
5 that.
6  Q.  Okay.
7  A.  We had a problem communicating.
8 As the State worker said, she wasn't able to
9 call my phone. Even after we started talking,
10 she would say that it was hard to call in to my
11 phone. I have MetroPCS. It's not a big name
12 everywhere. And for some reason, there were
13 some issues with her calling my phone at times.
14 I had no problem calling hers.
15     By the time we initially talked
16 for a length of time -- actually, we talked
17 maybe two or three times, and then she told me
18 that she went to go see my mother. ~~She had
19 already saw my mother while we started
20 talking.~~
21  Q.  ~~[redacted]~~
22 ~~she found your mother's address?~~
23  A.  ~~[redacted].~~
24     MR. MIKULSKI: That's all I
25 have. Thank you.

### Page 35

JENINE BLACKWELL

2     MR. BAIRD: I've just got --
3 I've just got a couple.
4       * * *
5       EXAMINATION
6       * * *
7 BY MR. BAIRD:
8  Q.  Did Denine ever tell you about
9 how she came to find your mom?
10  A.  I don't believe so.
11  Q.  Okay.
12  A.  I don't -- I don't believe so.
13  Q.  About how often do you talk to
14 Denine?
15  A.  We just started talking since my
16 brother passed. We hadn't talked for awhile
17 before then. I mean, I've been talking to her
18 recent. I -- I call her. I call her. We may
19 talk, and then I don't talk to her for a week
20 or two or three days. It's not like an
21 all-day, everyday thing. I don't talk to
22 her -- I hope I'm being clear.
23  Q.  Just -- just how -- how often,
24 if you can estimate for me?
25  A.  Two or three days out of the

### Page 36

JENINE BLACKWELL

2 week.
3  Q.  Okay. And do you have
4 conversations with Denine about your mom?
5  A.  Yes, we do.
6  Q.  Okay. And describe for me
7 generally the substance of those conversations.
8  A.  Well, actually, we joke a lot,
9 because she said she reads a lot. Some of her
10 gestures when I've been around her are like --
11 she reminds me of my mother.
12     My mom, yeah, how she's doing;
13 is she bitter, and things of that nature; you
14 know, how -- how -- how she's doing, and --
15 and, you know, how she may feel is what our
16 conversations are.
17  Q.  And have you asked Denine --
18 have you talked to Denine about whether she'll
19 ever have a relationship with your mom?
20  A.  Yes, I have.
21  Q.  Have you tried to facilitate a
22 relationship in any way?
23  A.  No. I'm not -- I'm not getting
24 involved in -- in mending -- it would be nice,
25 but that was kind of a last -- you know, her --

### Page 37

JENINE BLACKWELL

2 facilitate? No, I haven't.
3  Q.  Okay.
4  A.  No.
5  Q.  How often do you talk to your
6 mom?
7  A.  Enough. Is that a word -- not
8 an answer?
9  Q.  Okay.
10  A.  Enough, I guess. Four to five
11 days out of the week. Is that --
12  Q.  Okay, okay. Do you ever talk
13 about Denine?
14  A.  Huh-uh.
15  Q.  Okay.
16  A.  No, sir.
17  Q.  All right. ~~[redacted]~~
18 ~~[redacted]~~
19 ~~[redacted]~~
20  A.  ~~[redacted]~~
21  Q.  All right.
22  A.  No knowledge at all at any time
23 from any of my family members.
24  Q.  Okay. Did you ever have any
25 conversations about Denine with your late

**Page 38**

JENINE BLACKWELL

brother?

A. Yes, I did. I told my brother -- oh, yes, I did. I told him -- yes. He didn't get a letter, and I told him on the phone. And he was quite funny, thinking she was after our money. And we talked, and he said that he would get an investigator to check it all out and all that stuff. So we did talk about her, yes.

Q. Did -- to your knowledge, did he ever get an investigator?

A. He may have had a friend, but -- I mean, as far as us going to talk to somebody, you know, making it official, that was just a joke. But he may have -- I don't think he did, no.

Q. [redacted]

A. [redacted] She told me -- she told me where she -- I really didn't believe she was there. I said, well, where -- did you go to the house with the gray stuff on it? And she said, yeah, with the one step. So she already knew where she lived. Or the two

**Page 39**

JENINE BLACKWELL

steps, whatever is there.

Q. Was your brother's last name Blackwell?

A. Yes, it is -- yes, it was.

Q. Okay. Do you know why he never received a letter?

A. No, I don't. He knew -- he didn't know about Denine until I told him. So he didn't get a letter. And if that would be -- that would be because of the mail -- or at that time, maybe they were sending out depending on his living situation. I'm not too sure.

Q. And can you remember the specific date w[redacted]

A. Met with?

Q. Spoke with, your first contact with her --

A. That was at work.

Q. -- a specific date.

A. That was at work, the same -- the last conversation -- that was at work. That -- the first time I talked to her was at

**Page 40**

JENINE BLACKWELL

work very briefly, because I was at work. And I don't remember the specific day, but I was at work. I don't know what day of the week it was or what day of the month. I'm sorry. I don't --

Q. Do you know which month it was?

A. It was in December.

Q. December of 2008?

A. Yes.

Q. And how long did it take you to contact your mother after you contacted -- you were contacted by Denine?

A. I guess -- it would have been five months, I guess.

Q. So you did not speak with your mom or --

A. I didn't bring that up, sir. I understood that my mom was feeling some kind of way. I -- that could be assumption. You can call it what you want. That's my mother, and I know my mom. And she knew I knew, I'm going to say right now. We didn't even talk about the knowing of it, but she knew that I knew about it.

**Page 41**

JENINE BLACKWELL

And so I guess she was just -- you know, it was a hard situation to talk about. At times, she said that she wanted to talk to me about something, and she didn't really -- she didn't -- she didn't even -- so I just sent the email.

Q. Okay. I understand that.

A. I just sent the email.

Q. How do you know that your mom knew about it? There is an unspoken understanding that you're referring to.

A. I think one of the conversations -- not think. I believe one of the ladies at the State had told me --

Oh, okay. Yeah. My mom called them. My mom called the State because she was upset, and she was talking to them, and -- she was talking -- I don't know -- but she had -- she called the state, and my sister -- I was calling the State to find out where my -- what was going on with my sister calling.

And so that's what happened. I don't -- she was calling them to complain, and I was calling them to find out about the letter

### Page 42

JENINE BLACKWELL

that I received and what was taking so long for her to contact me.
Q. And how did you know that your mom was contacting the State?
A. The lady told me, I believe.
Q. And when you refer to "the lady," who are you talking about?
A. One of the ladies that I talked to. I'm trying to remember. I don't want to say anything wrong.
My mom didn't tell me she called the State, no. One of the ladies did. One of the ladies had -- yeah. I'm guessing that the ladies had already -- my mom had already talked to the ladies or whoever it was and expressed her disagreement.
And in that process, when I was calling them to get the number, maybe they were hesitant to give it -- you know, to tell me what was going on and explained to me that my mom had some dislike about the whole situation somewhat. They didn't go into detail with anything.
Q. When you are referring to "the

### Page 43

JENINE BLACKWELL

ladies," are you talking about women who are employed by --
A. Dolores. It could have been anyone in this department, in that -- in that area.
Q. In the --
A. It could have been Dolores that day. It was -- like I said, she wasn't there at first, and then somebody else was talking to me about it and things. I can't really tell you names. I'm sorry. If you give me a name, maybe I can remember if that was what it was. But other than that --
Q. When you had conversations with the ladies at the --
A. Office?
Q. -- DYFS, did they tell you anything about communications that your mother had with them?
A. No, huh-uh. It might have been just that call, when she called them mad about the whole situation.
Q. And -- and how did you come to have knowledge about that phone call?

### Page 44

JENINE BLACKWELL

A. That's what I was saying; I was talking to one of the ladies.
Q. So they did have a conversation with you about --
A. They may have told me she called there --
Q. Okay.
A. -- because we were calling on the same case.
Q. Okay.
A. I don't think I was talking to eight different people when I called.
Q. Okay.
A. It was the same set of ladies there. And so they were basically -- I -- to me, I would think they would know -- have known the situation, if it was two or three of them. So that's what I'm trying to -- is --
Q. I'm just trying to understand how you came to know -- how there was this unspoken understanding between you and your mom about Denine from December until May. I'm just trying to --
A. I'm sorry? Unspoken?

### Page 45

JENINE BLACKWELL

Q. Yeah.
A. Everybody -- I think my mom already knew. They were telling me --
Q. Unspoken between you and your mom. You said you never had any communications --
A. Right.
Q. -- with her --
A. We didn't.
Q. -- until May.
A. I believe so.
Q. But you also testified -- and correct me if I'm wrong --
A. Okay.
Q. -- that there was -- that you knew that your mom knew --
A. There was a conversation with the ladies, sir. All I can say is, my mom knew that I knew, I believe. If I'm wrong, then I'm wrong.
Q. Okay.
A. Because there was so many things that weren't said and the letter came and then -- who initiated the letter and they

## Page 46

JENINE BLACKWELL

1  shouldn't -- I don't -- you know, it's a lot of
2  stuff, you know.
3       And so my mom -- the lady was --
4  I think, somewhere in there, my mom must have
5  called the ladies upset. I mean, it could have
6  been the same phone call on the same day in the
7  same room to the other lady. I don't -- you
8  know, she just let me know that my mom had
9  called there and she wasn't happy about the
10 situation. I don't know which one it was.
11      Q.  Okay.
12      A.  I don't even know, you know,
13 what was going on.
14      MR. BAIRD: Okay. I have no --
15 nothing further. Thank you.
16      THE WITNESS: Sorry if I didn't
17 help you-all out, but --
18      MR. MIKULSKI: Karen, do you
19 have anything else? I don't.
20      MS. JORDAN: I don't. I did
21 have one, but I can't remember it.
22      MR. MIKULSKI: Okay. Thank you.
23      MS. JORDAN: So that's it.
24 Thank you.

## Page 47

JENINE BLACKWELL

1       MR. BAIRD: Thank you.
2             * * *
3       (Witness excused.)
4             * * *
5       (Whereupon, the deposition was
6  concluded at 11:31 a.m.)
7             * * *

## Page 48

JENINE BLACKWELL
C E R T I F I C A T E

I hereby certify that the witness was duly sworn by me and that the deposition is a true record of the testimony given by the witness.

_____
Judi Y. Olsen, RPR
Dated: March 11, 2010

(The foregoing certification of this transcript does not apply to any reproduction of the same by any means, unless under the direct control and/or supervision of the certifying shorthand reporter.)

## Page 49

JENINE BLACKWELL
INSTRUCTIONS TO WITNESS

Please read your deposition over carefully and make any necessary corrections. You should state the reason in the appropriate space on the errata sheet for any corrections that are made.

After doing so, please sign the errata sheet and date it.

You are signing same subject to the changes you have noted on the errata sheet, which will be attached to your deposition.

It is imperative that you return the original errata sheet to the deposing attorney within thirty (30) days of receipt of the deposition transcript by you. If you fail to do so, the deposition transcript may be deemed to be accurate and may be used in court.

Veritext/NJ Reporting Company
800-227-8440                                   973-410-4040

```
                                     50
 1          JENINE BLACKWELL
 2          --------
 3          E R R A T A
 4          --------
 5  PAGE   LINE   CHANGE
 6   ___    ___   _____
 7   ___    ___   _____
 8   ___    ___   _____
 9   ___    ___   _____
10   ___    ___   _____
11   ___    ___   _____
12   ___    ___   _____
13   ___    ___   _____
14   ___    ___   _____
15   ___    ___   _____
16   ___    ___   _____
17   ___    ___   _____
18   ___    ___   _____
19   ___    ___   _____
20   ___    ___   _____
21   ___    ___   _____
22   ___    ___   _____
23   ___    ___   _____
24   ___    ___   _____
25   ___    ___   _____
```

```
                                     51
 1           JENINE BLACKWELL
 2       ACKNOWLEDGMENT OF DEPONENT
 3      I, _____, do hereby
 4  certify that I have read the foregoing pages
 5   ___ to ___ and that the same is a correct
 6  transcription of the answers given by me to the
 7  questions therein propounded, except for the
 8  corrections or changes in form or substance, if
 9  any, noted in the attached Errata Sheet.
10  _____
11  DATE         SIGNATURE
12
13  Subscribed and sworn to before me this
14  _____ day of _____,
15  2010.
16  My commission expires: _____
17
18
19  --------------
20  Notary Public
21
22
23
24
25
```

14 (Pages 50 to 51)

Veritext/NJ Reporting Company

800-227-8440                                                              973-410-4040