UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
VICINAGE OF CAMDEN

RENEE BLACKWELL         :
                        :
    Plaintiff(s)        :
                        :    CIVIL ACTION NO.
                        :    3:09-cv-030040-GEB-DEA
v.                      :
                        :
STATE OF NEW JERSEY, et als. :
                        :    **NOTICE OF MOTION**
                        :    **FOR SUMMARY**
                        :    **JUDGMENT**
                        :
    Defendant(s)        :

TO:  Matthew B. Weisberg, Esquire
     PROCHNIAK WEISBERG, P.C.
     7 South Morton Avenue
     Morton, PA 19070
     Attorney for Plaintiff, Renee Blackwell

     Karen L. Jordan, Deputy Attorney General
     Attorney General of New Jersey
     R.J. Hughes Justice Complex
     P.O. Box 116
     Trenton, NJ 08625

**PLEASE TAKE NOTICE** that, on Monday, August 2, 2010 at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned counsel for Defendant, Dolores Helb, individually only, will apply for Summary Judgment in the United States District Court, District of New Jersey, US Courthouse, 4th & Cooper Streets, Camden, NJ 08101.

The moving party will rely upon the annexed Brief and Exhibits. Pursuant to R. 1:6-2(d), the undersigned requests oral argument only if opposition to the within Motion is entered.

1

A proposed form of Order is attached.

                **BY:**  /s/ Michael S. Mikulski
                       Michael S. Mikulski, II, Esquire
                       Attorney for Defendant(s)
                       Dolores Helb, individually    only

        Address:  **CONNOR, WEBER & OBERLIES**
                       236 West Route 38, Suite 200
                       Moorestown, NJ 08057