

| | **State of New Jersey** | |
|---|---|---|
| CHRIS CHRISTIE<br>*Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>25 MARKET STREET<br>PO Box 116<br>TRENTON, NJ 08625-0116 | PAULA T. DOW<br>*Attorney General* |
| KIM GUADAGNO<br>*Lt. Governor* | | ROBERT M. HANNA<br>*Director* |

July 13, 2010

Honorable Garrett E. Brown, Chief U.S.D.J.
United States District Court
District Court - Trenton Vicinage
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 E. State Street
Room 4050
Trenton, NJ 08608

    Re:  <u>Blackwell, Renee vs State of New Jersey, et al.</u>
          3:09-CV-03004-GEB-DEA

Dear Judge Brown:

    We represent Defendants Debra Boehme and Barbara Parnes in this case. We electronically filed a motion for summary judgement on behalf of these Defendants on Friday, July 9th. During filing, we inadvertently left out Barbara Parnes as one of the filing Defendants, though the motion papers clearly indicate that both defendants Boehme and Parnes are the moving parties.

    We apologize for any confusion this omission may have caused.

                             Respectfully submitted,

                             PAULA T. DOW
                             ATTORNEY GENERAL OF NEW JERSEY

          By:   */s/ Karen L. Jordan*
                           Karen L. Jordan
                           Deputy Attorney General

KFS/yll
cc:  Matthew B. Weisberg, Esq.
     Michael S. Mikulski, II, Esq.

