## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### (Camden Vicinage)

| | | |
|---|---|---|
| Renee Blackwell | : | |
| 2001 Columbia Ave, Apt D | : | |
| Atlantic City, NJ 08401 | : | |
| Plaintiff | : | CIVIL ACTION NO.: 09-3004 |
| v. | : | |
| | : | |
| State of New Jersey, et al | : | |
| 25 Market Street | : | JURY OF TWELVE (12) |
| Trenton, NJ 08625 | : | JURORS DEMANDED |
| Defendants. | : | |

## ORDER

AND NOW this _____ day of _____, 2010, upon consideration of Plaintiff's

Motion to Enlarge Plaintiff's response deadline to Defendants' Motions for Summary Judgment,

and any response thereto, it is hereby ORDERED and DECREED that Plaintiffs' Motion is

granted, and Plaintiffs' response deadline is enlarged to expire on September 20, 2010.

**AND IT IS SO ORDERED.**

_____

Douglas E. Arpert                                         , M. J.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**(Camden Vicinage)**

| | | |
|---|---|---|
| Renee Blackwell | : | |
| 2001 Columbia Ave, Apt D | : | |
| Atlantic City, NJ 08401 | : | |
| Plaintiff | : | CIVIL ACTION NO.: 09-3004 |
| vi. | : | |
| | : | |
| State of New Jersey, et al | : | |
| 25 Market Street | : | JURY OF TWELVE (12) |
| Trenton, NJ 08625 | : | JURORS DEMANDED |
| Defendants. | : | |

**PLAINTIFF'S MOTION TO ENLARGE RESPONSE DEADLINE TO DEFENDANTS'**
**MOTIONS FOR SUMMARY JUDGMENT**

1.      This is an action in civil rights arising out of Plaintiff's claim of Defendants' revealing

her confidential contact information to her adopted daughter.

2.      Previously, this Honorable Court, upon motion, enlarged Plaintiff's response deadline to

Defendants' Motions for Summary Judgment to expire on September 3, 2010.

3.      Inadvertently, in her prior motion, Plaintiff did not request more time given Plaintiff's

counsel's interim vacation (week of August 23, 2010), and given the complexity of this matter,

Plaintiff requires additional time to respond to Defendant's motion.

4.      Plaintiff requests brief enlargement to September 20, 2010.

5.      This motion is timely.  The aforesaid constitutes *good cause*.  F.R.C.P. 6.

        WHEREFORE, Plaintiff requests this Honorable Court enlarge Plaintiff's response

deadline to Defendants' Motions for Summary Judgment to expire on September 20, 2010.


                                        WEISBERG LAW, P.C.


                                        /s/ Matthew B. Weisberg
                                        Matthew B. Weisberg, Esquire
                                        Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### (Camden Vicinage)

| | | |
|---|---|---|
| Renee Blackwell | : | |
| 2001 Columbia Ave, Apt D | : | |
| Atlantic City, NJ 08401 | : | |
| Plaintiff | : | CIVIL ACTION NO.: 09-3004 |
| vii. | : | |
| | : | |
| State of New Jersey, et al | : | |
| 25 Market Street | : | JURY OF TWELVE (12) |
| Trenton, NJ 08625 | : | JURORS DEMANDED |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, Matthew B. Weisberg, Esquire, hereby certify that on this 23rd day of August, 2010, a

true and correct copy of the foregoing Plaintiff's Motion to Enlarge Response Deadline to

Defendants' Motions for Summary Judgment was served via ECF upon the following parties:

Karen Lee Jordan, Esq.
Office of NJ Attorney General
Division Of Law
R.J. Hughes Justice Complex
P.O. Box 116
Trenton, NJ 08625-0116

Michael S. Mikulski, II, Esq.
Amelia Mauriello Lolli, Esq.
Connor Weber & Oberlies, P.C.
Ten Melrose Avenue
Suite 450
Cherry Hill, NJ 08003

WEISBERG LAW, P.C.


/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
Attorneys for Plaintiff
